IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2005 JUN 29 P 9: 51

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

| | |
|---|---|
| HUBERT JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DAVID JONES and MIKE SHAD | ) |
| CHRYSLER P/J/E, | ) |
| | ) |
| Defendants. | ) |

Civil Action No.:    ~~CV-05-145M~~
(Dale County Circuit Court Case No.)

1:05 CV 612-W

## NOTICE OF REMOVAL

COMES NOW the defendant, Mike Shad Chrysler Jeep, Inc., in the above-styled cause, and pursuant to 28 U.S.C. §§ 1332 and 1446, as amended, notices the removal of this action to the United States District Court for the Middle District of Alabama, Southern Division, and as grounds therefore states as follows:

1.    The plaintiff, Hubert Jones, commenced this civil action against this defendant in the Circuit Court of Dale County, Alabama, bearing Civil Action Number CV-05-145M.

2.    The Summons and Complaint in said action, a copy of which is attached hereto as Exhibit "A," was served on the defendant, Mike Shad Chrysler Jeep, Inc., on June 13, 2005.

3.    This cause is a civil action within the meaning of the Acts of Congress relating to the removal of causes.

4.    The defendant has heretofore sought no similar relief.

5.    This notice of removal is filed within thirty (30) days of the service of a copy of the Summons and Complaint on the defendant.

6.    This case is removable pursuant to 28 U.S.C. § 1441 (a) and 28 U.S.C. § 1332.

7. It appears upon the face of the Complaint that the plaintiff is a resident and citizen of the State of Alabama.

8. This defendant, Mike Shad Chrysler Jeep, Inc., is a foreign corporation organized and existing under the laws of the State of Florida with its principal place of business located in Jacksonville, Florida.

9. It appears upon the face of the Complaint that the co-defendant, David Jones, is a resident and citizen of the State of Florida.

10. The plaintiff in his Complaint requests compensatory and punitive damages and other relief in an amount in excess of FIVE HUNDRED THOUSAND DOLLARS ($500,000.00).

WHEREFORE, the defendant respectfully requests this Court to take jurisdiction of this action and issue all necessary orders and proceed to remove said action from the Circuit Court of Dale County, Alabama to the United States District Court for the Middle District of Alabama, Southern Division.

_____
Patrick R. Norris,
Attorney for Defendant,
Mike Shad Chrysler Jeep, Inc.


OF COUNSEL:

McDANIEL, BAINS & NORRIS, P.C.
Two Metroplex Drive
Suite 504
Birmingham, Alabama 35209-6812
(205) 871-1811

2

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the _**28**_ day of _____*June*_____, 2005 served a copy of the foregoing pleading on counsel for all parties to this proceeding by placing copy of same in the United States mail, postage prepaid to:

Donna C. Crooks, Esq.
P.O. Drawer 65
Daleville, Alabama 36322

David Jones
6870 103 St., Apt. 210
Jacksonville, Florida 32210

_____
Of Counsel