**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION** 2005 AUG 15  A 9: 54

HUBERT JONES,

      Plaintiff,

vs.                                                        Civil Action No.: 1:05 CV612-WWO

DAVID JONES, et. Al.,

      Defendants.

### MOTION TO ALLOW SERVICE BY REGULAR U.S. MAIL

Comes now Donna C. Crooks, counsel for the Plaintiff, Hubert Jones, and moves this Honorable Court to issue an Order allowing service by regular mail and would show the Court in support thereof the following:

1.  Defendant, David Jones, is the son of the Plaintiff, Hubert Jones. Plaintiff knows the location of his son which is at the address specified on the certified mail which has been returned as unclaimed.

2.  It is Plaintiff's position that the Defendant, David Jones, has purposely ignored the certified mail and he has knowledge of the same.

WHEREFORE, Plaintiff prays this Honorable Court will allow service to be completed by regular U.S. Mail.

Dated this the ___10th___ day of ___August___, 2005.

                              **DONNA C. CROOKS (CR0 056)**
                              **Attorney for Defendant**
                              **P. O. Drawer 65**
                              **Daleville, AL 36322**
                              **(334) 598-9534**

STATE OF ALABAMA,

DALE COUNTY.

Personally appeared before the undersigned, a Notary Public, in and for said County and State, **Hubert Jones**, who being first duly sworn states under oath that the above averments in the foregoing are true and correct to the best of his knowledge, information and belief.

Sworn to and subscribed before me this the _10th_ day of _August_ , 2005.

_Hubert Jones_
**Hubert Jones**

_Carolyn Heather Myers_
NOTARY PUBLIC
My Comm. Expires: 12/21/05

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion to Allow Service by U.S. Mail on the parties indicated below by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this the _10th_ day of _August_ , 2005.

Hon. Patrick R. Norris
McDaniel, Bains & Norris, P.C.
Suite 504
Birmingham, AL 35209

Mr. David Jones
6870 103 St. Apt. 210
Jacksonville, AL 32210

_Donne Crosby_
OF COUNSEL