IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| HUBERT JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05CV612-W |
| | ) | |
| DAVID JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This action is presently before the court on the plaintiff's motion to allow service of defendant David Jones by "regular U.S. mail."  For good cause, it is

ORDERED that plaintiff is DIRECTED to file a brief, on or before August 23, 2005, in support of the motion.  Plaintiff is DIRECTED to provide authority regarding whether Florida or Alabama law permits service by first class mail under the circumstances of this case and whether such service would be sufficient to subject defendant David Jones to *in personam* jurisdiction in this court.

DONE, this 15th day of August, 2005.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE