IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2005 AUG 22 A 9:38

HUBERT JONES,

    Plaintiff,

vs.

                                Civil Action No.: 1:05 CV612-WWO

DAVID JONES, et. Al.,

    Defendants.

## NOTICE OF WITHDRAWAL OF
## MOTION TO ALLOW SERVICE BY REGULAR U.S. MAIL

Comes now Donna C. Crooks, counsel for the Plaintiff, Hubert Jones, and hereby withdraws her Motion to Allow Service by Regular U.S. Mail.

Dated this the 19th day of August, 2005.

_____
**DONNA C. CROOKS (CR0 056)**
**Attorney for Defendant**
P. O. Drawer 65
Daleville, AL 36322
(334) 598-9534

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the parties indicated below by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed on this the _____ day of _____, 2005.

Hon. Patrick R. Norris
McDaniel, Bains & Norris, P.C.
Suite 504
Birmingham, AL 35209

Mr. David Jones
6870 103 St. Apt. 210
Jacksonville, AL 32210

_____
OF COUNSEL

## MOTION GRANTED

THIS 23rd DAY OF August, 2005

_____
UNITED STATES MAGISTRATE JUDGE