# JOHN BRADLEY & ASSOCIATES
## ORIGINAL RETURN

**Control NO. P05-819**

| Hubert Jones | VS | David Jones, ETAL | Alias Summons | 05-CV-612-W |
|---|---|---|---|---|
| (PLAINTIFF) | | (DEFENDANT) | TYPE OF PROCESS | CASE # |

United States District Court, Middle District, Alabama

**20 Day Summons**                                    (COURT)

| ATTORNEY: Donna C. Crooks | TO: David Jones |
|---|---|
| P.O. Drawer 65<br>Daleville, AL 36322 | 6870 103rd Street, Apt 210<br>ADDRESS: Jacksonville, FL 32210 |

20 DAY SUMMONS

RECEIVED THIS PROCESS ON THE **17** DAY OF **OCTOBER** A.D. **2005** AND SERVED THE SAME ON **DAVID JONES** (INDIVIDUAL) THE WITHIIN NAMED (DEFENDANT) AT **9:50 A..M**. ON THE **19** DAY OF **NOVEMBER** A.D. 2005 IN DUVAL COUNTY, FLORIDA.

**COMPLAINT**

**MR** INDIVIDUAL: BY DELIVERING TO THE WITHIN NAMED (**DEFENDANT**) A TRUE COPY OF THIS PROCESS WITH THE DATE AND HOUR OF SERVICE ENDORSED BY ME. AND, AT THE SAME TIME, I DELIVERED TO THE WITHIN NAMED (DEFENDANTA COPY OF THE **ALIAS SUMMONS** .

Michael Randolph
SPECIAL PROCESS SERVER, DULY APPOINTED AND
QUALIFED PURSUANT TO F.S.48.021(2).

WHITE – Court Clerk          CANARY – Attorney or Plaintiff          PINK – File Copy          GREEN - Server's Worksheet

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE                    District of                    ALABAMA

HUBERT JONES

V.

DAVID JONES, ET. AL.

ALIAS **SUMMONS IN A CIVIL ACTION**

CASE NUMBER:    1:05 CV-612-W

TO: (Name and address of Defendant)

DAVID JONES
6870 103 ST., APT. 210, JACKSONVILLE, FL 32210

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DONNA C. CROOKS
P.O. DRAWER 65, DALEVILLE, AL 36322

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                   10-11-05

CLERK                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 11/19/05 at 9:50am |
| NAME OF SERVER *(PRINT)* Michael Randolph | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

    6870 103rd St. Apt. 210 Jax, FL 32210

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___11/22/05___        _____
                Date                    Signature of Server


            1950 SOUTHAMPTON RD, JACKSONVILLE FL 322(
            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.