IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| HUBERT JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05cv612-SRW |
| | ) | |
| DAVID JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

Upon review of the file in this case, the court has determined that defendant David Jones has not filed an answer. Accordingly, and for good cause, it is

ORDERED that defendant David Jones shall file an answer on or before February 7, 2006. If defendant does not file a timely answer in response to this order, plaintiff shall, on or before February 24, 2006 either:

1. Dismiss said defendant;

2. File an appropriate application for default pursuant to Fed. R. Civ. P. 55; or

3. Otherwise indicate to the court how he wishes to proceed.

The Clerk of the Court is DIRECTED to provide a copy of this order to defendant Jones by first class mail at the address listed on the return of service (Doc. # 10).

Done, this 23rd day of January, 2006.

                                                <u>/s/ Susan Russ Walker</u>
                                                SUSAN RUSS WALKER
                                                UNITED STATES MAGISTRATE JUDGE