## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**HUBERT JONES,**

      **Plaintiff,**

**v.**                           **CIVIL ACTION NO.: 1:05cv612-SRW**

**DAVID JONES, et. al.,**

      **Defendants.**

### APPLICATION FOR ENTRY OF DEFAULT JUDGMENT

COMES NOW the Plaintiff, Hubert Jones, by and through counsel, Donna C. Crooks; and moves this Honorable Court to enter a Default Judgment against the Defendant, David Jones, in the above-captioned action for failure to plead, answer, or otherwise defend as shown in the Affidavit below.

_Donna C. Crooks_

DONNA C. CROOKS (CR0 056)
Attorney for Plaintiff
P. O. Drawer 65
Daleville, AL 36322
(334) 598-9534

STATE OF ALABAMA,    )
DALE COUNTY:        )

I, Hubert Jones, the Plaintiff, being first duly sworn, deposes and says:

1. I, Hubert Jones, the Plaintiff, have personal knowledge of the facts set out herein.

2. The Respondent was duly served with the Summons and Complaint on the 19th day of November, 2005.

3. That more than 20 days have elapsed since the date on which the said Respondent was served with the Summons and Complaint.

4. The Respondent has failed to answer or otherwise defend as to the Plaintiff's Complaint or to serve a copy of any answer or other defense which the Defendant might have on the undersigned attorney for the

Plaintiff.

5.    This affidavit is given in accordance with Rule 55(a) of the Alabama Rules of Civil Procedure, for the purpose of enabling the Plaintiff to obtain an entry of default and default judgment against the Defendant for the Defendant's failure to answer or otherwise defend as to the Plaintiff's Complaint.

6.    Defendant is not, to the knowledge of the Affiant, an incompetent, a minor, or an active member of the Armed Forces of the United States.

7.    Plaintiff's claim against the Respondent is for a sum of certain or sum which can by computation be made certain, to-wit:

A)    A Judgment in the amount of 2.5 Million Dollars and 00/100 cents.

8.    Further, Affiant saith not.

_____
AFFIANT

Sworn and subscribed to me on this the ____24th____ day of ____February____,
2006.

_____
NOTARY PUBLIC
My Comm. Exp.: __12/20/09__