**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 28, 2006

# NOTICE OF REASSIGNMENT

Re:    Hubert Jones v. David Jones, et al.
       Civil Action No. #1:05-cv-00612-SRW

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now #1:05-cv-00612-MHT. This new case number should be used on all future correspondence and pleadings in this action.