IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| HUBERT JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-612-MHT |
| ) | |
| DAVID JONES, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

ENTRY OF DEFAULT

It appearing that defendant David Jones, was duly served with a copy of the summons and complaint on November 19, 2005, and said defendant has failed to answer or otherwise defend this action, as required by law, as set out in the application filed herein on February 24, 2006, by plaintiff's attorney.

DEFAULT is hereby entered against said defendant, David Jones.

DONE THIS  28th  day of  February, 2006 .

/s/ Debra P. Hackett
_____
DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA