IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| HUBERT JONES, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:05cv612-MHT |
| ) | |
| DAVID JONES and MIKE SHAD ) | |
| CHRYSLER P/J/E, ) | |
| ) | |
|    Defendants. ) | |

### ORDER

Upon consideration of plaintiff Hubert Jones's application for entry of default judgment (Doc. No. 12) in the amount of 2.5 million dollars, it is ORDERED that defendant David Jones show cause, if any there be, in writing by March 22, 2006, as to why said application should not be granted. Defendant Jones is informed that if he fails to respond within the time allowed, the application will be granted and judgment will be entered in the amount requested.

DONE, this the 8th day of March, 2006.

                                 /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE