IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| HUBERT JONES,           )<br>                         )<br>    Plaintiff,         )<br>                         )     CIVIL ACTION NO.<br>    v.                   )     1:05cv612-MHT<br>                         )         (WO)<br>DAVID JONES,             )<br>                         )<br>    Defendant.           ) | |

## OPINION

This cause is before the court on the plaintiff Hubert Jones's application for entry of default judgment in the amount of 2.5 million dollars against defendant David Jones.

The record in this case reflects that the defendant was served with a copy of the summons and complaint; that he has failed to respond to the summons and complaint within the time allowed; that an entry of default was entered against him by the clerk of the court; and that the defendant has failed to respond to an order of this

court to show cause as to why final judgment should not be entered against him in the amount of 2.5 million dollars.

Accordingly, this court is of the opinion that the plaintiff's application for entry of default judgment should be granted and that judgment by default in the amount requested should be entered against the defendant.

A judgment will be entered in accordance with this opinion.

DONE, this the 23rd day of March, 2006.


                                             /s/ Myron H. Thompson
                                           **UNITED STATES DISTRICT JUDGE**