IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
HUBERT JONES,                 )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )    1:05cv612-MHT
                              )        (WO)
DAVID JONES,                  )
                              )
    Defendant.                )
```

## JUDGMENT BY DEFAULT

In accordance with the memorandum opinion entered this date is the ORDER, JUDGMENT, and DECREE of this court that:

(1) Plaintiff Hubert Jones's application for entry of default judgment (Doc. No. 12) is granted.

(2) Judgment is entered in favor of plaintiff Jones and against defendant David Jones.

(2) Plaintiff Jones shall have and recover from defendant Jones the sum of $ 2,500,000.00.

It is further ORDERED that costs are taxed against defendant Jones, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of March, 2006.


                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**