CERTIFICATE OF SERVICE

       I do hereby certify that I have served a copy of the foregoing upon counsel of record as shown below by placing a copy of same, postage prepaid, in the United States Mail this the 21st day of July, 2006.

David Jones
6870 103 St. Apt. 210
Jacksonville, FL 32210

Patrick Norris
Counsel for Mike Shad Chrysler P/J/E
McDaniel, Bains & Norris, P.C.
2 Metroplex Dr., Suite 504
Birmingham, AL 35209

Equifax Information Services, LLC
P.O. Box 105069
Atlanta, GA 30348

Transunion
P.O. Box 1000
Chester, PA 19022

Experian
P.O. Box 9530
Allen, TX 75013

Cornelius Jenkins
1265 McGirts Creek Dr. W.
Jacksonville, FL 32221
or c/o Nimnicht Chevrolet
1550 Cassat Ave.
Jacksonville, FL 32210

/s/ Donna C. Crooks
OF COUNSEL