**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 24, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Hubert Jones  v. David Jones , et al.**
**Case Number: 1:05-cv-612-MHT**

**Pleading : #21 - First Motion to Amend Complaint**

**Notice of Correction is being  filed this date to advise that  the referenced  pleading was e-filed on 7/21/2006 without a Certificate of Service attached.**

 **The Certificate of Service is attached to this notice.**