IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
HUBERT JONES,                  )
                               )
    Plaintiff,                 )
                               )      CIVIL ACTION NO.
    v.                         )       1:05cv612-MHT
                               )
DAVID JONES and MIKE SHAD      )
CHRYSLER P/J/E,                )
                               )
    Defendants.                )
```

### ORDER

It is ORDERED that the motion to add defendants and to amend complaint (doc. no. 21) is granted. The court assumes that there is no objection to the allowance of the addition and the amendment; however, if there is an objection, the objection must be filed within seven days from the date of this order.

DONE, this the 26th day of July, 2006.

　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE