AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA, SOUTHERN DIVISION

HUBERT JONES,
PLAINTIFF

V.

DAVID JONES, et.al.,
DEFENDANTS.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05CV-612-MHT

TO: (Name and address of Defendant)

Equifax Information Services, LLC
c/o CSC Lawyers Service
150 South Perry Street
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DONNA C. CROOKS
P.O. DRAWER 65
DALEVILLE, AL 36322

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    8/3/06
CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA, SOUTHERN DIVISION_____

HUBERT JONES,
PLAINTIFF

V.

DAVID JONES, et.al.,
DEFENDANTS.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   1:05CV-612-MHT

TO: (Name and address of Defendant)

EXPERIAN
C/O The Corporation Company
2000 Interstate Park Dr.
Suite 204
Montgomery, AL 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DONNA C. CROOKS
P.O. DRAWER 65
DALEVILLE, AL  36322

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE   8/3/06

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA, SOUTHERN DIVISION__

HUBERT JONES,
PLAINTIFF

V.

DAVID JONES, et.al.,
DEFENDANTS.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   1:05CV-612-MHT

TO: (Name and address of Defendant)

CORNELIUS JENKINS, INDIVIDUALLY
1265 McGIRTS CREEK DR. W.
JACKSONVILLE, FL 32221
OR C/O NIMNICHT CHEVROLET
1550 CASSAT AVE.
JACKSONVILLE, FL 32221

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DONNA C. CROOKS
P.O. DRAWER 65
DALEVILLE, AL 36322

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*         8/3/06
CLERK                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA, SOUTHERN DIVISION__

HUBERT JONES,
PLAINTIFF

V.

DAVID JONES, et.al.,
DEFENDANTS.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  1:05CV-612-MHT

TO: (Name and address of Defendant)

CORNELIUS JENKINS, AS AGENT FOR MIKE SHAD CHRYSLER P/J/E
1265 McGIRTS CREEK DR. W.
JACKSONVILLE, FL 32221
OR C/O NIMNICHT CHEVROLET
1550 CASSAT AVE.
JACKSONVILLE, FL 32221

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DONNA C. CROOKS
P.O. DRAWER 65
DALEVILLE, AL 36322

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_     8/3/06
CLERK                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA, SOUTHERN DIVISION_____

HUBERT JONES,
PLAINTIFF

V.

DAVID JONES, et.al.,
DEFENDANTS.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:    1:05CV-612-MHT

TO: (Name and address of Defendant)

CORNELIUS JENKINS, AS AGENT FOR DAIMLERCHRYSLER
SERVICES OF NORTH AMERICA, LLC
1265 McGIRTS CREEK DR. W., JACKSONVILLE, FL 32221
OR C/O NIMNICHT CHEVROLET
1550 CASSAT AVE.
JACKSONVILLE, FL 32221

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DONNA C. CROOKS
P.O. DRAWER 65
DALEVILLE, AL 36322

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                8/3/06
_____                    _____
CLERK                                                                         DATE

_____
(By) DEPUTY CLERK

➲AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA, SOUTHERN DIVISION__

HUBERT JONES,
PLAINTIFF

**SUMMONS IN A CIVIL ACTION**

V.

DAVID JONES, et.al.,
DEFENDANTS.

CASE NUMBER:   1:05CV-612-MHT

TO: (Name and address of Defendant)

CORNELIUS JENKINS, AS AGENT OF MIKE SHAD CHRYSLER P/J/E
1265 McGIRTS CREEK DR. W.
JACKSONVILLE, FL  32221
OR C/O NIMNICHT CHEVROLET
1550 CASSAT AVE.
JACKSONVILLE, FL  32221

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DONNA C. CROOKS
P.O. DRAWER 65
DALEVILLE, AL  36322

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_                              8/3/06

CLERK                                           DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA, SOUTHERN DIVISION

HUBERT JONES,
PLAINTIFF

V.

DAVID JONES, et.al.,
DEFENDANTS.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:    1:05CV-612-MHT

TO: (Name and address of Defendant)

TRANS UNION LLC
C/O Prentice Hall Corporations Systems Inc
150 South Perry St.
Montgomery, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DONNA C. CROOKS
P.O. DRAWER 65
DALEVILLE, AL  36322

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                8/3/06

CLERK                                             DATE

(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA, SOUTHERN DIVISION_____

HUBERT JONES,
PLAINTIFF

V.

DAVID JONES, et.al.,
DEFENDANTS.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   1:05CV-612-MHT

TO: (Name and address of Defendant)

DaimlerChrysler Services of N.A.
27777 Inkster Rd.
Southfield, Michigan 48334

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DONNA C. CROOKS
P.O. DRAWER 65
DALEVILLE, AL  36322

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                             8/3/06
CLERK                                                                             DATE

(By) DEPUTY CLERK