## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DaimlerChrysler Services of N.A.
27777 Inkster Rd.
Southfield, Michigan 48334

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] — ☐ Agent ☐ Addressee
B. Received by (Printed Name): C Cox
C. Date of Delivery: [illegible]
D. Is delivery address different from item 1? ☐ Yes  ☒ No
   If YES, enter delivery address below:
   1:05CV612
   S. C+amd cmp.

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☒ Yes

2. Article Number (Transfer from service label): 7005 0390 0001 6233 6683

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

Equifax Information Services LLC
c/o CSC Lawyers Inc Service Inc.
150 South Perry St,
Montgomery AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature] — ☐ Agent ☐ Addressee
B. Received by (Printed Name): JAMES S. BELLAMY, Agent for Capell & Howard P.C.
C. Date of Delivery: [illegible]
D. Is delivery address different from item 1? ☐ Yes ☐ No
   1:05CV612
   S, C+ amd. cmp.

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☒ Yes

2. Article Number: 7005 0390 0001 6233 6706

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

Experian
c/o The Corporation Co.
2000 Interstate Park Dr.
Suite 204
Montgomery AL 36109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature - Lawson] — ☐ Agent ☐ Addressee
B. Received by (Printed Name):
C. Date of Delivery: 5/17
D. Is delivery address different from item 1? ☐ Yes ☐ No
   1:05CV612
   1, C+ amd. cmp.

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☒ Yes

2. Article Number: 7005 0390 0001 6233 6713

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _A. Campbell_  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
A. Campbell  8/8/06

1. Article Addressed to:

Cornelius Jenkins
c/o Nimnicht Chevrolet
1550 Cassat Ave
Jacksonville FL 32___

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1:05cv612
S.cv and cmp

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☑ Yes

2. Article Number (Transfer from service label)
7005 0390 0001 6233 6621

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
JAMES J. BELLAMY

1. Article Addressed to:

Trans Union LLC
c/o Prentice Hall Corp.
Systems, Inc.
150 South Perry St.
Montgomery, AL 36104

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1:05cv612
S.c, + amd cmp

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☑ Yes

2. Article Number (Transfer from service label)
7005 0390 0001 6233 6690

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540