IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Hubert Jones, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. |
| | )    1:05-CV-612-MHT-SRW |
| David Jones, et. al., | ) |
| | ) |
|     Defendants. | ) |

**EXPERIAN INFORMATION SOLUTIONS, INC.'S
RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

    1.    <u>Parent Companies</u>: The parent company of Experian is GUS, PLC ("GUS").

    2.    <u>Subsidiaries Not Wholly Owned</u>: Experian does not have any subsidiaries that fall into this category.

    3.    <u>Publicly Held Companies</u>: GUS owns 100% of Experian. GUS is publicly traded on the London Stock Exchange.

Dated: August 23, 2006                               Respectfully submitted,


                                                      /s/ A. Kelly Brennan
                                                     A. Kelly Brennan
                                                     Bar Number ASB-4440-A50B
                                                     BALCH & BINGHAM LLP
                                                     Post Office Box 306
                                                     Birmingham, Alabama  35201-0306
                                                     Email:  kbrennan@balch.com
                                                     Telephone:  205-251-8100
                                                     Facsimile:  205-226-8798

                                                     G. Lane Knight
                                                     Bar Number ASB-6748-I72K
                                                     BALCH & BINGHAM LLP
                                                     Post Office Box 78
                                                     Montgomery, Alabama 36101
                                                     Email:  lknight@balch.com
                                                     Telephone:  334-834-6500
                                                     Facsimile:  334-269-3115

                                                     Attorneys for Defendant
                                                     Experian Information Solutions, Inc.

171091.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **Hubert Jones,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.** |
| | ) | **1:05-CV-612-MHT-SRW** |
| **David Jones, et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and correct copy of the within and foregoing **EXPERIAN INFORMATION SOLUTIONS, INC.'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT** by electronically filling same with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> Donna C. Crooks
> P.O. Drawer 65
> Daleville, AL 36322
> *Attorney for Plaintiff*
>
> Patrick R. Norris
> McDaniel, Bains & Norris, PC
> Two Metroplex Drive
> Suite 504
> Birmingham, AL 35209-6812
> *Attorney for Mike Shad Chrysler P/J/E*

171091.1

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>Equifax Information Services, LLC
>CSC Lawyers Incorporating Svc., Inc.
>150 S. Perry Street
>Montgomery, AL 36104
>
>Cornelius Jenkins
>c/o Nimnicht Chevrolet
>1550 Cassat Avenue
>Jacksonville, FL 32210
>
>Transunion
>c/o Prentice Hall Corp. System, Inc.
>150 S. Perry Street
>Montgomery, AL 36104
>
>DaimlerChrysler Services North America L.L.C.
>27777 Inkster Road
>Southfield, MI 48334

171091.1

Dated: August 23, 2006	Respectfully submitted,

  /s/ A. Kelly Brennan\_\_\_\_\_
A. Kelly Brennan
Bar Number ASB-4440-A50B
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Email: kbrennan@balch.com
Telephone: 205-251-8100
Facsimile: 205-226-8798

G. Lane Knight
Bar Number ASB-6748-I72K
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, Alabama 36101
Email: lknight@balch.com
Telephone: 334-834-6500
Facsimile: 334-269-3115

Attorneys for Defendant
Experian Information Solutions, Inc.

171091.1