IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Hubert Jones, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:05-CV-612-MHT-SRW |
| David Jones, et. al., ) | |
| ) | |
|    Defendants. ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* FOR BRIAN S. SPITLER**

Comes now A. Kelly Brennan, a member in good standing of the Alabama State Bar, and a member in good standing of the Bar of the United States District Court for the Middle District of Alabama, and respectfully requests the entry of an order *pro hac vice* admitting Brian S. Spitler (the "Applicant") to practice in this case. In support of said motion, movant shows unto this Court the following:

1. Applicant resides at 4212 Cove Court, Marietta, Ga. 30067. Applicant is an attorney and a member of the law firm of JONES DAY, with offices at 1420 Peachtree Street, NE, Suite 800, Atlanta, Georgia 30309-3053, (404) 581-8000, among other locations.

2. Applicant has been retained personally and as a member of the above-named law firm by defendant Experian Information Solutions, Inc. to provide legal representation in connection with the above-styled matter now pending before this Court.

3. Since 2003, Applicant has been a member in good standing of the Georgia Bar. A certificate of good standing is attached to this application as "Exhibit A."

4. Applicant has been admitted to practice before the following courts in Georgia: Georgia Superior Court; Georgia Court of Appeals; United States District Court, Northern District of Georgia; and the Georgia Supreme Court. Applicant is presently a member in good standing of the Bar of the above-listed courts.

6. Applicant is not presently (and never has been) subject to any disbarment proceedings. Applicant is not presently (and never has been) subject to any suspension proceedings.

7. Applicant never has had any certificate or privilege to appear and practice before any administrative body suspended or revoked. Applicant, either by resignation, withdrawal, or otherwise, never has terminated applicant's office as an attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

8. Applicant is familiar with the Local Rules for the Northern District of Alabama and the Alabama Rules of Professional Conduct.

9. As required by Local Rule 83.1(b), a check made payable to the Clerk of the Court for the processing of this request for *pro hac vice* admission accompanies this application. Also, an original Certificate of Good Standing for Applicant from the United States District Court of the Northern District of Georgia is attached to this Motion as Exhibit A.

10. Applicant is particularly qualified to handle the above-referenced case before this Honorable Court in association with me.

WHEREFORE, PREMISES CONSIDERED, movant respectfully requests this Honorable Court to grant Brian S. Spitler, a non-resident attorney, admission to practice in this particular case.

Respectfully submitted this 23rd day of August, 2006.

/s/ A. Kelly Brennan
A. Kelly Brennan
Bar Number ASB-4440-A50B
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Email: kbrennan@balch.com
Telephone: 205-251-8100
Facsimile: 205-226-8798

G. Lane Knight
Bar Number ASB-6748-I72K
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, Alabama 36101
Email: lknight@balch.com
Telephone: 334-834-6500
Facsimile: 334-269-3115

Attorneys for Defendant
Experian Information Solutions, Inc.

171093.1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Hubert Jones,      ) | |
| )  | |
| Plaintiff,      ) | |
| )  | |
| v.      ) | CIVIL ACTION NO. |
| )  | 1:05-CV-612-MHT-SRW |
| David Jones, et. al.,      ) | |
| )  | |
| Defendants.      ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the within and foregoing **ANSWER AND AFFIRMATIVE DEFENSES OF EXPERIAN INFORMATION SOLUTIONS, INC.** by electronically filling same with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

   Donna C. Crooks
   P.O. Drawer 65
   Daleville, AL 36322
   *Attorney for Plaintiff*

   Patrick R. Norris
   McDaniel, Bains & Norris, PC
   Two Metroplex Drive
   Suite 504
   Birmingham, AL 35209-6812
   *Attorney for Mike Shad Chrysler P/J/E*

171093.1

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Equifax Information Services, LLC
    CSC Lawyers Incorporating Svc., Inc.
    150 S. Perry Street
    Montgomery, AL 36104

    Cornelius Jenkins
    c/o Nimnicht Chevrolet
    1550 Cassat Avenue
    Jacksonville, FL 32210

    Transunion
    c/o Prentice Hall Corp. System, Inc.
    150 S. Perry Street
    Montgomery, AL 36104

    DaimlerChrysler Services North America L.L.C.
    27777 Inkster Road
    Southfield, MI 48334

171093.1

Dated: August 23, 2006

Respectfully submitted,

/s/A. Kelly Brennan
A. Kelly Brennan
Bar Number ASB-4440-A50B
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306
Telephone: 205-251-8100
Facsimile: 205-226-8798

G. Lane Knight
Bar Number ASB-6748-I72K
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, Alabama 36101
Email: lknight@balch.com
Telephone: 334-834-6500
Facsimile: 334-269-3115

Attorneys for Defendant
Experian Information Solutions, Inc.

171093.1

# EXHIBIT A



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA          }
         } ss.
NORTHERN DISTRICT OF GEORGIA          }

I, Luther D. Thomas, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **BRIAN STEPHEN SPITLER, 672287,** was duly admitted to practice in said Court on August 30, 2005 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 3rd day of August, 2006.

LUTHER D. THOMAS
CLERK OF COURT

By: *Eugene T. Thornton*
Eugene T. Thornton
Deputy Clerk

