RECEIVED

2006 AUG 24 A 9: 27

August 19, 2006

District Court of the United States
for the Middle District of Alabama
Southern Division

Civil Action No. 1:05CV-612-MHT

Dear Sirs/Madam:

The following is my response to the abovementioned case No. 1:05CV-612-MHT.

I, Cornelius E. Jenkins have been employed in the automobile industry for 20 years and I have never taken part in an illegal transaction.

Regarding this case: Hubert Jones vs. David Jones, I do not remember each detail of my interaction with Mr. David Jones on the said date of July 27, 1998. However, I do know that every aspect of the sale of the vehicle involving me as the salesman was completely legal. Mr. David Jones came to the car dealership with everything necessary to make a legitimate automobile purchase. There was nothing to indicate to me any form of fraudulent activity pertaining to the purchase the vehicle.

Respectfully submitted,

Cornelius E. Jenkins





**NIMNICHT CHEVROLET**

STYXX JENKINS

1550 Cassat Ave.
Jacksonville, FL 32210
www.nimnichtchevy.com

Phone: 904 387-4041
FAX:   904 387-4670
Cell:  904 891-8672

C Jenkins
1265 McGirts Ck Dr W
Jax Fl 32221

7004 1350 0001 5549 7858

Clerk's Office
c/o Debra Hackett
Dist Ct of U.S.
Middle Dist Commerce
So Division
P.O. Box 711
Montgomery Al 36101

$04.640
Mailed From 32210
08/22/2006
US POSTAGE