IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| HUBERT JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:05cv612-MHT |
| ) | |
| DAVID JONES and MIKE SHAD ) | |
| CHRYSLER P/J/E, ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED that the motion for admission pro hac vice (doc. no. 29) is granted.

DONE, this the 25th day of August, 2006.

　　　　　　　　　　　　　  /s/ Myron H. Thompson  
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE