IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HUBERT JONES,<br><br>   Plaintiff<br><br>V.<br><br>DAVID JONES;<br>MIKE SHAD CHRYSLER P/J/E;<br>DAIMLERCHRYSLER SERVICES OF<br>NORTH AMERICA, LLC;<br>EQUIFAX INFORMATION SERVICES,<br>LLC, TRANS UNION, EXPERIAN,<br>CORNELIUS JENKINS, individually;<br>CORNELIUS JENKINS, as agent for<br>Mike Shad Chrysler P/J/E, CORNELIUS<br>JENKINS, as agent for DaimlerChrysler<br>Services of North America, LLC; and A-Z,<br><br>   Defendants | CIVIL ACTION NO:<br>1:05-CV-00612-MHT-SRW |

**DEFENDANT TRANS UNION LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Trans Union LLC hereby discloses the following information:

1. Parent Companies: Trans Union LLC is wholly owned by TransUnion Corp., a Delaware Corporation.

2. No public company owns 10% or more of the stock in Trans Union LLC.

        Respectfully submitted,

        /s/ *Kary Bryant Wolfe*
        **KARY BRYANT WOLFE** (WOL016)
        WALSTON WELLS & BIRCHALL, LLP
        P.O. Box 830642
        Birmingham, Alabama 35283-0642
        (205) 244-5281 / (205) 244-5481 (Fax)
        kwolfe@walstonwells.com
        **ATTORNEY FOR TRANS UNION LLC**

## **CERTIFICATE OF SERVICE**

This is to certify that on the 28th of August, 2006, a true and correct copy of the above and foregoing document has been electronically filed with the foregoing Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel,

Donna Coon Crooks  donnaccrooks_lawfirm@yahoo.com
P. O. Drawer 65
Daleville, AL 36322
*Counsel for Plaintiff*

Patrick R. Norris  pnorris@mbn-law.com
McDaniel, Bains & Norris, PC
Two Metroplex Drive, Suite 504
Birmingham, AL  35209-6812

G. Lane Knight  lknight@balch.com,dearly@balch.com
105 Tallapoosa Street
Suite 200
P.O. Box 78
Montgomery, AL 36104

Brian S. Spitler  bsspitler@jonesday.com tlmaro@jonesday.com
Jones Day
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053

A. Kelly Brennan  kbrennan@balch.com slee@balch.com
Balch & Bingham LLP
1710 Sixth Avenue North
P.O. Box 306
Birmingham, AL 35201-0306

I also certify that a copy has been forward to the following non-CM/ECF participants by U.S. Mail:

Daimler Chrysler Services North America L.L.C.
27777 Inkster Road
Southfield, MI 48334

Equifax Information Services, LLC
c/o CSC Lawyers Incorporating Srvs., Inc.
150 S. Perry Street
Montgomery, AL 36104

Cornelius Jenkins
1265 McGirts Creek Dr. W
C/O Nimnicht Chevrolet 1550 Cassat Ave
Jacksonville, FL 32210

/s/ *Kary Bryant Wolfe*
**OF COUNSEL**