**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                      TELEPHONE (334) 954-3600

August 29, 2006

# NOTICE OF DEFICIENCY

**To:**             **Cornelius E. Jenkins**
                    **c/o Nimnicht Chevrolet**
                    **1550 Cassat Avenue**
                    **Jacksonville, FL 32210**

**From:**           Clerk's Office

**Case Style:**     Hubert Jones v. David Jones, et al.

**Case Number:**    #1:05-cv-00612-MHT

**Referenced Pleading:**  Document #30
                          Answer

**The above referenced pleading contains no certificate of service.**

**The listed deficiency must be corrected within 10 days from the date of this notice. Please submit to the Clerk's office by CONVENTIONAL means a certificate of service containing your original signature.**