✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA, SOUTHERN DIVISION |

HUBERT JONES,
PLAINTIFF

**SUMMONS IN A CIVIL ACTION**

V.

DAVID JONES, et.al.,
DEFENDANTS.

CASE NUMBER:   1:05CV-612-MHT

TO: (Name and address of Defendant)

CORNELIUS JENKINS, AS AGENT FOR DAIMLERCHRYSLER
SERVICES OF NORTH AMERICA, LLC
1265 McGIRTS CREEK DR. W., JACKSONVILLE, FL 32221
OR C/O NIMNICHT CHEVROLET
1550 CASSAT AVE.
JACKSONVILLE, FL 32221

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DONNA C. CROOKS
P.O. DRAWER 65
DALEVILLE, AL 36322

**RETURNED AND FILED**

**AUG 2 8 2006**

**CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.**

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

8/3/06

CLERK                                    DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
    CERTIFIED MAIL

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                 *Signature of Server*

                          _____
                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

1. Article Addressed to:

Cornelius Jenkins, As Agent of
Jay Dumber Chrysler Jeep
of W. America Co, LLC
12465 m Creek Drive
Jacksonville FL 32224

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☑ Yes

2. Article Number
   (Transfer from service label)

7005 0390 0001 6233 6652

PS Form 3811, February 2004         Domestic Return Receipt         102595-02-M-1540



RECE...

2005 AUG 28

...LE DIST...



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

7005 0390 0001 6233



QI