UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| HUBERT JONES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:05CV612-MHT |
| | ) |
| DAVID JONES, MIKE SHAD | ) |
| CHRYSLER P/J/E; et al., | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW, Equifax Information Services LLC, ("Equifax"), by Counsel, and hereby makes the following Corporate Disclosure Statement:

Equifax Information Services LLC is a wholly-owned subsidiary of Equifax, Inc., which is a publicly traded company.

                                                    Respectfully submitted,

                                                    /s/ E. Luckett Robinson, II
                                                    E. Luckett Robinson, II, Esq. (ROBIE6110)
                                                    Counsel for Defendant Equifax Information Services LLC

OF COUNSEL:
HAND ARENDALL, L.L.C.
Post Office Box 123
Mobile, Alabama 36601
(251) 432-5511

                                                    G. John Cento, Esq.
                                                    KILPATRICK STOCKTON, LLP
                                                    1100 Peachtree Street, Suite 2800
                                                    Atlanta, Georgia 30309
                                                    Office: (404) 815-6447
                                                    Fax: (404) 541-4632
                                                    E-Mail: jcento@kilpatrickstockton.com

**CERTIFICATE OF SERVICE**

  This is to certify that I have, on August 30, 2006, served a copy of the foregoing upon the following parties by depositing same in the United States mail, with sufficient postage thereon to insure delivery, and addressed as follows:

Cornelius Jenkins
c/o Nimnicht Chevrolet
1550 Cassat Ave
Jacksonville, FL 32210
904-387-4041
PRO SE

Kary B. Wolfe
Walston Wells & Birchall LLP
PO Box 830642
Birmingham, AL 35283-0642
205-244-5200
Fax: 205-244-5400
Email: kwolfe@walstonwells.com

                /s/ E. Luckett Robinson, II