AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA, SOUTHERN DIVISION__

HUBERT JONES,
PLAINTIFF

V.

DAVID JONES, et.al.,
DEFENDANTS.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   1:05CV-612-MHT

TO: (Name and address of Defendant)

CORNELIUS JENKINS, INDIVIDUALLY
1265 McGIRTS CREEK DR. W.
JACKSONVILLE, FL  32221
OR C/O NIMNICHT CHEVROLET
1550 CASSAT AVE.
JACKSONVILLE, FL  32221

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DONNA C. CROOKS
P.O. DRAWER 65
DALEVILLE, AL  36322

RETURNED AND FILED

SEP 1 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                              8/3/04

CLERK                                                                    DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
   CERTIFIED MAIL

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                     Date                      *Signature of Server*

                                        _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| Cornelius Je~~nkins, In~~dividually<br>1265 McGirts Creek ~~Dr.~~ West<br>Jacksonville, FL 32221 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>1:05CV612<br>2. Ct and Cmp |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| 2. Article Number<br>(Transfer from service label)   7005 1820 0002 3461 1505 | 4. Restricted Delivery? (Extra Fee) ☐ Yes |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540