IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HUBERT JONES,<br><br>    Plaintiff<br><br>V.<br><br>DAVID JONES;<br>MIKE SHAD CHRYSLER P/J/E;<br>DAIMLERCHRYSLER SERVICES OF NORTH AMERICA, LLC;<br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, EXPERIAN, CORNELIUS JENKINS, individually;<br>CORNELIUS JENKINS, as agent for Mike Shad Chrysler P/J/E, CORNELIUS JENKINS, as agent for DaimlerChrysler Services of North America, LLC; and A-Z,<br><br>    Defendants | CIVIL ACTION NO:<br>1:05-CV-00612-MHT-SRW |

**JOINT MOTION FOR CONTINUANCE AND MEMORANDUM IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

    Plaintiff, Hubert Jones, and Defendants, Mike Shad Chrysler P/J/E, Equifax Information Services, LLC, and Trans Union LLC, Experian, and ("Parties") files this their Motion for Continuance and Memorandum in Support, and would respectfully show the Court as follows:

**I. INTRODUCTION**

    1.    Plaintiff brought this action alleging Conversion, Issuing a False Financial Statement, Impersonation, Outrage Fraud, Invasion of Privacy, Negligence, violations of the Fair Credit Reporting Act 15 U.S.C. §§ 1681, *et seq*, Libel, Slander and Defamation against the Defendants. The trial date was set for January 8, 2007 in the Court's

Uniform Scheduling Order. Doc. 18. The Parties move for a continuance of six (6) months of the trial date and all other deadlines due to the need for the Defendants and Plaintiff to have sufficient time to conduct discovery in this matter.

## II.  ARGUMENTS AND AUTHORITIES

2. On March 23, 2006, this Court entered its Uniform Scheduling Order ("Order") setting this matter for trial on January 8, 2007. At that point, Defendants Equifax Information Service LLC, Trans Union, LLC, Experian, Cornelius Jenkins and Daimler Chrysler Services of North America, LLC, were not parties to this suit. Those Defendants were not added to this lawsuit until July 27, 2006 when Plaintiff amended his Complaint. Doc. 24.

3. Plaintiff's original Complaint against Defendants David Jones and Mike Shad Chrysler P/J/E was removed to this Court on June 29, 2005. On July 26, 2006, this Court granted Plaintiff's motion to add the additional Defendants and amend his Complaint. The Amended Complaint was filed on July 27, 2006. The additional Defendants were served with the Amended Complaint on August 7 and 8, 2006. Doc. 26.

4. Due to the addition of Defendants Daimler Chrysler Services of North America LLC, Cornelius Jenkins, Equifax Information Services LLC, Trans Union LLC, and Experian, and the discovery which must be conducted, all Parties will need additional time to properly conduct discovery in this matter. Based on the number of Parties and claims asserted by the Plaintiff significant discovery must be conducted by all parties. Therefore, it is the Parties' belief that the trial date and all other deadlines

should be continued by six (6) months. Accordingly, this Motion is not just for delay but it is needed so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the Parties pray that the Court grant a continuance of six (6) months of the trial date and all other deadlines due to the extensive discovery required in this matter.

Respectfully submitted,


/s/ *Donna Coon Crooks*
**DONNA COON CROOKS**
P. O. Drawer 65
Daleville, AL 36322
334-598-9534
donnaccrooks_lawfirm@yahoo.com

**ATTORNEY FOR PLAINTIFF**


/s/ *Kary Bryant Wolfe*
**KARY BRYANT WOLFE** (WOL016)
WALSTON WELLS & BIRCHALL, LLP
P.O. Box 830642
Birmingham, Alabama 35283-0642
(205) 244-5281
(205) 244-5481 (Fax)
kwolfe@walstonwells.com

**ATTORNEY FOR TRANS UNION LLC**


/s/ *Anna Kelly Brennan*
**ANNA KELLY BRENNAN**
Balch & Bingham
P. O. Box 306
Birmingham, AL 35201-0306
205-226-3475
205-488-5328 (Fax)
kbrennan@balch.com

**GRIFFIN LANE KNIGHT**
Balch & Bingham
P. O. Box 78
Montgomery, AL  36101-0078
334-269-3124
lknight@balch.com

**BRIAN STEPHEN SPITLER**
Jones Day
1420 LPeachtree St. NE, Suite 800
Atlanta, GA  30309-3053
404-581-8258
404-581-8330 (Fax)
bsspitler@jonesday.com

**ATTORNEYS FOR EXPERIAN**


/s/ *G. John Cento*
**EDWARD LUCKETT ROBINSON, II**
Hand Arendall, L.L.C.
P. O. Box 123
Mobile, AL  36601
251-432-5511
251-694-6375
lrobinson@handarendall.com

**G. JOHN CENTO**
Kilpatrick & Stockton, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530
404-815-6447
404-541-4632

**ATTORNEYS FOR EQUIFAX**

/s/ *Patrick R. Norris*

**PATRICK R. NORRIS**
McDaniel, Bains & Norris, PC
Two Metroplex Drive, Suite 504
Birmingham, AL  35209-6812
205-871-1881
205-871-4511 (Fax)
pnorris@mbn-law.com

**ATTORNEY FOR MIKE SHAD CHRYSLER**


/s/ *Cornelius Jenkins*

Cornelius Jenkins
C/O Nimnicht Chevrolet
1550 Cassat Ave
Jacksonville, FL 32210

**PRO SE**

1916452.2/SP/83057/0458/091306

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Donna Coon Crooks
P. O. Drawer 65
Daleville, AL 36322

Anna Kelly Brennan
Balch & Bingham
P.O. Box 306
Birmingham, AL  35201-0306

Patrick R. Norris
McDaniel, Bains & Norris, P.C.
Two Metroplex Dr., Suite 504
Birmingham, AL  35209-6812

Griffin Lane Knight
Balch & Bingham
P.O. Box 78
Montgomery, AL  36101-0078

Brian Stephen Spitler
Jones Day
1420 Peachtree St., NE
Suite 800
Atlanta, GA  30309-3053

and I hereby certify that I have mailed by U.S. Postal Service the document to the following non-CM/ECF participants:

G. John Cento
Kilpatrick & Stockton, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530

Daimler Chrysler Services North
   America L.L.C.
27777 Inkster Road
Southfield, MI 48334

Cornelius Jenkins
c/o Nimnicht Chevrolet
1550 Cassat Avenue
Jacksonville, FL  32210

/s/ *Kary Bryant Wolfe*
OF COUNSEL