IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HUBERT JONES,<br><br>      Plaintiff<br><br>V.<br><br>DAVID JONES;<br>MIKE SHAD CHRYSLER P/J/E;<br>DAIMLERCHRYSLER SERVICES OF NORTH AMERICA, LLC;<br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, EXPERIAN, CORNELIUS JENKINS, individually;<br>CORNELIUS JENKINS, as agent for Mike Shad Chrysler P/J/E, CORNELIUS JENKINS, as agent for DaimlerChrysler Services of North America, LLC; and A-Z,<br><br>      Defendants | CIVIL ACTION NO:<br>1:05-CV-00612-MHT-DRB |

**ORDER GRANTING JOINT MOTION FOR CONTINUANCE**

This Court, having considered the parties Joint Motion for Continuance and Memorandum in Support, finds that the Motion is well taken and should in all respects be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the parties Joint Motion for Continuance is granted. The trial date and all other deadlines are continued for six (6) months to allow the Defendants and Plaintiff to have sufficient time to conduct discovery in this matter.

Signed this _____ day of _____, 2006.

_____
MYRON H. THOMPSON
UNITED STATES DISTRICT JUDGE