UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| HUBERT JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:05-cv-000612-MHT |
| | ) |
| DAVID JONES, et al, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, a member of the Bar of this Court, respectfully moves that the Court admit Guerino John Cento, Esq., a member of the Bar of the State of Indiana, to represent Defendant Equifax Information Services LLC, ("Equifax") in the above-captioned matter, and in support thereof state as follows:

1. The accompanying Affidavit of Guerino John Cento establishes the following:

   a. He is a member of the law firm of Kilpatrick Stockton LLP, which has offices at 1100 Peachtree Street, Suite 2800, Atlanta, Georgia 30309. Mr. Cento is resident in the firm's Atlanta office.

   b. He is a member in good standing of the bar of the State of Indiana and is admitted to practice in the Courts listed on the attached Exhibit A.

2. The purpose of this application is to make it possible for Mr. Cento to represent the defendant, which has sought this firm's advice and assistance with respect to this litigation.

3. This lawsuit involves issues relating to credit reporting regulation in which both Mr. Cento and his firm have experience and expertise. Kilpatrick Stockton LLP and Mr. Cento

US1900 9158547.1

are national defense counsel for Equifax and have represented them in other credit reporting regulation matters.

4.  No previous motions have been filed with respect to the subject matter of this motion.

5.  Such fees as are required to support this application will be paid as directed by the Clerk of the Court.

WHEREFORE, the undersigned respectfully requests that Guerino John Cento be admitted and granted permission to represent the defendant in this matter *pro hac vice*.

This \_\_18\_\_ day of September, 2006.

Respectfully submitted,

EQUIFAX INFORMATION SERVICES LLC

By: _____
E. Luckett Robinson II, Esq.
Bar No. ROBIE6110
Hand Arendall, LLC
3000 AmSouth Bank Building
107 St. Francis Street
Mobile, Alabama 36602
Tel:   (251) 432-5511
Fax:   (251) 694-6375

US1900 9158547.1

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **Motion to Appear Pro Hac Vice of Guerino John Cento** upon counsel of record by depositing same in the United States mail, with sufficient postage thereon to insure delivery, and addressed as follows:

Donna Coon Crooks
PO Drawer 65
Daleville, AL 36322

Patrick R. Norris
McDaniel, Bains & Norris, PC
Two Metroplex Drive
Suite 504
Birmingham, AL 35209-6812

Anna Kelly Brennan
Balch & Bingham
PO Box 306
Birmingham, AL 35201-0306

Brian Stephen Spitler
Jones Day
1420 Peachtree St NE --Suite 800
Atlanta, GA 30309-3053

Griffin Lane Knight
Balch & Bingham
PO Box 78
Montgomery, AL 36101-0078

Cornelius Jenkins
c/o Nimnicht Chevrolet
1550 Cassat Ave
Jacksonville, FL 32210

Kary B. Wolfe
Walston Wells & Birchall LLP
PO Box 830642
Birmingham, AL 35283-0642

DaimlerChrysler Services North America L.L.C.
27777 Inkster Road
Southfield, MI 48334

This __18__ of September, 2006.

*[signature]*