Exhibit A

## G. JOHN CENTO COURT ADMISSIONS
Indiana Bar # 21571-49

| Court | Year Admitted |
|---|---|
| Indiana – all trial courts | 1999 |
| USDC, N.D., S.D. Indiana | 1999 |
| | |
| USDC, C.D., S.D. Illinois | 2003 |
| USDC, N.D. Illinois | 2004 |
| USDC, E.D., W.D. Michigan | 2003, 2006 |
| USDC, N.D., S.D. Ohio | 2002 |
| USDC, E.D. Tennessee | 2005 |
| USDC, E.D., W.D. Wisconsin | 2002-2003 |
| | |
| Sixth Circuit Court of Appeals | 2003 |
| Seventh Circuit Court of Appeals | 2005 |
| | |
| United States Supreme Court | 2004 |

9007079 1