# Certificate of Good Standing

### United States District Court
#### For the Southern District of Indiana

I, Laura A. Briggs, Clerk of the United States District Court for the Southern District of Indiana, do hereby certify that

## GUERINO JOHN CENTO

was duly admitted to practice in this Court on the 8th Day of November 1999, A.D., and is in good standing as a member of the bar of this Court. Furthermore, as of August 29th, 2006, no pending disciplinary action is on record.



By _Sandra Jarrett_
Deputy Clerk

_Laura Briggs_
Clerk of the United States District Court

