UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| HUBERT JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:05-cv-000612-MHT ) |
| DAVID JONES, et al, | ) ) ) |
| Defendants. | ) ) |

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This cause has come before the Court upon the application of Guerino John Cento, counsel for Equifax Information Services LLC, for permission to appear and participate pro hac vice in the above-styled case. Being fully advised, the Court

ORDERS, ADJUDGES and DECREES that said motion be, and the same is hereby GRANTED

DONE and ORDERED this ____ day of _____, 2006.

_____
United States District Judge

cc: Counsel of Record

7

US1900 9158547.1