IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
HUBERT JONES,                    )
                                 )
    Plaintiff,                   )
                                 )     CIVIL ACTION NO.
    v.                           )       1:05cv612-MHT
                                 )
DAVID JONES, et al.,             )
                                 )
    Defendants.                  )
```

ORDER

It is ORDERED as follows:

(1) The joint motion for continuance (Doc. No. 41) is granted.

(2) The uniform scheduling order (Doc. No. 18) is modified in the following respects:

    (A) The pretrial is reset for May 11, 2007, and the trial is reset for term of court beginning on June 18, 2007, with all deadlines expressly tied to these two dates adjusted accordingly.

    (B) The deadline for completing discovery is extended to April 13, 2007.

    (C) The deadlines for expert reports are extended to February 1, 2007, for plaintiff and February 22, 2007, for defendant.

    (D) The deadline for amended pleadings and adding parties is extended to January 5, 2007.

    (E) All other deadlines are unchanged.

DONE, this the 19th day of September, 2006.

                                         /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**