IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
HUBERT JONES,                  )
                               )
    Plaintiff,                 )
                               )
                               )    CIVIL ACTION NO.
    v.                         )      1:05cv612-MHT
                               )
DAVID JONES, et al.,           )
                               )
    Defendants.                )
```

**ORDER**

It is ORDERED that the motion for admission pro hac vice (doc. no. 42) is granted.

DONE, this the 19th day of September, 2006.

     /s/ Myron H. Thompson
     **UNITED STATES DISTRICT JUDGE**