IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **HUBERT JONES**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. CV- 1:05-cv-612-MHT |
| **DAVID JONES, et al.,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

COME the undersigned, C. Lee Reeves, and Anthony R. Smith, and give notice of their appearance as attorneys for the Defendant, DaimlerChrysler Financial Services Americas LLC, formerly known as DaimlerChrysler Services of North America LLC.

       s/ C. Lee Reeves
       C. Lee Reeves (REEV1806)
       Anthony R. Smith (SMIT1150)
       Attorneys for Defendant,
       DaimlerChrysler Financial Services Americas LLC
       formerly known as DaimlerChrysler Services North
       America LLC

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:   (205) 930-5100
Fax:   (205) 930-5335

DOCSBHM\1435944\1\

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of September 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and I hereby certify that I have mailed by U.S. mail the foregoing to the following:

| | |
|---|---|
| Donna C. Crooks, Esq.<br>P.O. Drawer 65<br>Daleville, AL 36322<br>Donnacrooks_lawfirm@yahoo.com | Patrick R. Norris<br>McDaniel, Bains & Norris, P.C.<br>Two Metroplex Drive, Suite 504<br>Birmingham, AL 35209-6812<br>pnorris@mbn-law.com |
| E. Luckett Robinson, II, Esq.<br>Hand Arendall, L.L.C.<br>3000 AmSouth Bank Building<br>107 St. Francis Street<br>Mobile, AL 36602<br>lrobinson@handarendall.com | Kary B. Wolfe, Esq.<br>Walston, Wells & Birchall, LLP<br>P.O. Box 830642<br>Birmingham, AL 35283-0642<br>kwolfe@walstonwells.com |
| Anna Kelly Brennan, Esq.<br>Balch & Bingham<br>P.O. Box 306<br>Birmingham, AL 35201-0306<br>kbrennan@balch.com | Griffin Lane Knight, Esq.<br>Balch & Bingham<br>P.O. Box 78<br>Montgomery, AL 36101-0078<br>lknight@balch.com |
| Brian Stephen Spitler, Esq.<br>Jones Day<br>1420 Peachtree St. NE, Suite 800<br>Atlanta, GA 30309-3053<br>bsspitler@jonesday.com | G. John Cento, Esq.<br>Kilpatrick & Stockton, LLP<br>1100 Peachtree Street, Ste. 2800<br>Atlanta, GA 30309-4530<br>jcento@kilpatrickatockton.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Cornelius Jenkins
c/o Nimnicht Chevrolet
1550 Cassat Avenue
Jacksonville, FL 32210

s/ C. Lee Reeves<br>Of Counsel