IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

HUBERT JONES,                                      )
    PLAINTIFF,                                  )
V.                                                        )          CIVIL ACTION NO: 1:05CV-612-MHT

DAVID JONES; MIKE SHAD CHRYSLER
P/J/E; DAIMLERCHRYSLER SERVICES OF NORTH
AMERICA, LLC; EQUIFAX INFORMATION
SERVICES, LLC; TRANSUNION; EXPERIAN;
CORNELIUS JENKINS, INDIVIDUALLY; CORNELIUS
JENKINS, AS AGENT FOR MIKE SHAD CHRYSLER P/J/E;
CORNELIUS JENKINS AS AGENT FOR DAIMLERCHRYSLER
SERVICES OF NORTH AMERICA LLC;
and
A-Z, being persons, partnerships or corporations
names that are otherwise unknown but will be
added be amendment when ascertained,
    DEFENDANTS.

## MOTION BY PLAINTIFF FOR LEAVE TO AMEND COMPLAINT

Plaintiff moves the court for an order allowing the Plaintiff to amend the Complaint filed heretofore to reflect the proper names of the Defendants in this action. The Amended Complaint should reflect any and all references to all parties in the following manner:

1. Defendant, Mike Shad Chrysler P/J/E, should hereinafter be known as "Mike Shad Chrysler Jeep, Inc." and any and all references to Mike Shad Chrysler P/J/E in the Amended Complaint as filed shall be directed to Mike Shad Chrysler Jeep, Inc.

2. Defendant, Transunion, should hereinafter be known as "Trans Union, LLC" and any and all references to Transunion in the Amended Complaint as filed shall be directed to "Trans Union, LLC".

3. Defendant, Equifax Information Services, LLC, should hereinafter be known as "Equifax Information Services, Inc." and any and all references to Equifax Information Services, LLC in the Amended Complaint as filed shall be directed to "Equifax Information Services, Inc".

4. Defendant, Experian, should hereinafter be known as "Experian Information Solutions, Inc." and any and all references to Experian in the Amended Complaint as filed shall be directed to Experian Information Solutions, Inc.".

5. Defendant, DaimlerChrysler Services North America LLC, should hereinafter be known as DaimlerChrysler Financial Services Americas LLC f/k/a DaimlerChrysler Services North America LLC and any and all references to DaimlerChrysler Services North America LLC in the Amended Complaint as filed shall be directed to DaimlerChrysler Financial Services Americas LLC f/k/a DaimlerChrysler Services North America LLC.

Wherefore, Plaintiff prays this Honorable Court will allow the Complaint as amended to reflect the proper names of the Defendants in this cause.

Respectfully submitted this the 29st day of September, 2006.

   _s/Donna C. Crooks  
DONNA C. CROOKS (CRO-056)  
ATTORNEY FOR PLAINTIFF  
HUBERT JONES  
P.O. BOX 65,  
DALEVILLE, AL. 36322  
(334) 598-9534  
donnaccrooks_lawfirm@yahoo.com

**CERTIFICATE OF SERVICE**

This is to certify that on the 29th day of September,2006, a true and correct copy of the above and foregoing document has been electronically filed with the foregoing Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel and/or a copy is mailed via U.S. Mail, postage prepaid and properly addressed to those individuals who are non-CM/ECF participants:

EXPERIAN

Anna Kelly Brennan
Balch & Bingham
P.O. Box 306
Birmingham, AL 35201-0306
kbrennan@balch.com, slee@balch.com
205-226-3475
205-488-5328 Fax

Griffin Lane Knight
Balch & Bingham
P.O. Box 78
Montgomery, AL 36101-0078
lknight@balch.com, dearly@balch.com
334-269-3124

Brian Stephen Spitler
Jones Day
1420 Peachtree St. NE
Suite 800
Atlanta, GA 30309-3053
bsspitler@jonesday.com  tlmaro@jonesday.com


EQUIFAX

Edward Luckett Robinson, II
Hand Arendall, LLC
P.O. Box 123
Mobile, AL 36601
lrobinson@handarendall.com abradley@handarendall.com
251-432-5511
251-694-6375 Fax


G. John Cento

Kilpatrick & Stockton, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530
Jcento@KilpatrickStockton.com
404-815-6447
404-541-4632


TRANSUNION

Kary B. Wolfe
Walston Wells Anderson & Birchall, LL
P.O. Box 830642
Birmingham, AL 35283-0642
kwolfe@walstonwells.com
205-244-5281
205-244-5481 Fax

Marc F. Kirkland
Strasburger and Price LLP
2801 Network Boulevard
Suite 600
Frisco, TX 75034
Marc.Kirkland@strasburger.com
469-287-3946
469-227-6575 fax

DAIMLER CHRYSLER

Anthony Smith
Sirote & Permutt
P.O. Box 55727
Birmingham, AL 35255-5727
tsmith@sirote.com
205-930-5100
205-930-5101 Fax

Lee Reeves
Sirote & Permutt
P.O. Box 55727
Birmingham, AL 35255-5727
lreeves@sirote.com
205-930-5100
205-930-5101 Fax

MIKE SHAD

Patrick R. Norris
McDaniel, Bains & Norris, P.C.
Two Metroplex Dr. Suite 504
Birmingham, AL 35209-6812
pnoris@mbn-law.com  norrisjd@bellsouth.net

David Jones, Pro Se
6870 103 St. Apt. 210
Jacksonville, FL 32210

Cornelius Jenkins
c/o Nimnicht Chevrolet
1550 Cassat Avenue
Jacksonville, FL 32210

/s/ Donna C. Crooks
OF COUNSEL