IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **HUBERT JONES,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:05cv612-MHT |
| | ) | |
| **DAVID JONES, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

It is ORDERED that the motion for leave to amend (doc. no. 49) is granted.  The court assumes that the non-movants have no objections to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 2nd day of October, 2006.

                                            /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**