IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **HUBERT JONES**, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   **CASE NO. CV- 1:05-cv-612-MHT** |
| | ) |
| **DAVID JONES, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, F.R.C.P.**

COMES the Defendant, DaimlerChrysler Financial Services Americas LLC, successor by merger to and formerly known as DaimlerChrysler Services North America LLC, successor by mergers to Mercedes-Benz Credit Corporation, and submits the following Corporate Disclosure Statement to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal.

Defendant avers that it is a private, non-governmental party and certifies that it has no subsidiaries and that it is wholly owned by its parent, DaimlerChrysler Corporation, which is wholly owned by its parent, DaimlerChrysler Motors Company LLC, which is wholly owned by its parent, DaimlerChrysler North America Holding Corporation, which is wholly owned by its parent, Daimler Chrysler AG, which is a publicly-held corporation incorporated under the laws of the Federal Republic of Germany. DaimlerChrysler North America Holding Corporation does have outstanding debt securities.

Respectfully submitted,

<u>s/ C. Lee Reeves</u>
C. Lee Reeves (REEV1806)
Anthony R. Smith (SMIT1150)
Attorneys for Defendant,
DaimlerChrysler Financial Services Americas LLC
formerly known as DaimlerChrysler Services North America LLC

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:   (205) 930-5100
Fax:   (205) 930-5335

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of October 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and I hereby certify that I have mailed by U.S. mail the foregoing to the following:

| | |
|---|---|
| Donna C. Crooks, Esq.<br>P.O. Drawer 65<br>Daleville, AL  36322<br>Donnacrooks_lawfirm@yahoo.com | Patrick R. Norris<br>McDaniel, Bains & Norris, P.C.<br>Two Metroplex Drive, Suite 504<br>Birmingham, AL  35209-6812<br>pnorris@mbn-law.com |
| E. Luckett Robinson, II, Esq.<br>Hand Arendall, L.L.C.<br>3000 AmSouth Bank Building<br>107 St. Francis Street<br>Mobile, AL  36602<br>lrobinson@handarendall.com | Kary B. Wolfe, Esq.<br>Walston, Wells & Birchall, LLP<br>P.O. Box 830642<br>Birmingham, AL  35283-0642<br>kwolfe@walstonwells.com |
| Anna Kelly Brennan, Esq.<br>Balch & Bingham<br>P.O. Box 306<br>Birmingham, AL  35201-0306<br>kbrennan@balch.com | Griffin Lane Knight, Esq.<br>Balch & Bingham<br>P.O. Box 78<br>Montgomery, AL  36101-0078<br>lknight@balch.com |
| Brian Stephen Spitler, Esq.<br>Jones Day<br>1420 Peachtree St. NE, Suite 800<br>Atlanta, GA  30309-3053<br>bsspitler@jonesday.com | G. John Cento, Esq.<br>Kilpatrick & Stockton, LLP<br>1100 Peachtree Street, Ste. 2800<br>Atlanta, GA  30309-4530<br>jcento@kilpatrickatockton.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Cornelius Jenkins
c/o Nimnicht Chevrolet
1550 Cassat Avenue
Jacksonville, FL  32210

s/ C. Lee Reeves<br>Of Counsel