IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| HUBERT JONES, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:05cv612-MHT |
| | ) | (WO) |
| DAVID JONES, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## JUDGMENT

It is ORDERED that the motion to dismiss (doc. no. 59) is granted and that all claims against defendant Experian Information Solutions, Inc., are dismissed without prejudice. The court assumes that the other parties have no objections to the allowance of the amendment; however, if they do, they must file the objection within seven (7) days from the date of this order.

DONE, this the 2nd day of November, 2006.

                                 /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE