# JOHN BRADLEY & ASSOCIATES
## ORIGINAL RETURN

OCT 2 7 2006

**Control NO. p06-778(2)**

| HUBERT JONES | | DAVID JONES | ALIAS SUMMONS IN A CIVIL ACTION | 1:05CV-612-MHT |
|---|---|---|---|---|
| (PLAINTIFF) | VS | (DEFENDANT) | TYPE OF PROCESS | CASE # |
| | | United States District Court Middle District of Alabama, Southern Division | | |
| 20 Days Summons | | (COURT) | | |

| ATTORNEY: Donna C. Crooks | TO: Cornelius Jenkins, as Agent for Daimler Chrysler Financial Services Americas LLC f/ka Daimler Chrysler Services of North America LLC |
|---|---|
| P.O. Drawer 65<br>Daleville, AL 36322 | c/o Nimnicht Chevrolet<br>ADDRESS: 1550 Cassat Avenue<br>Jacksonville, FL 32221 |

20 DAYS SUMMONS

RECEIVED THIS PROCESS ON THE <u>11</u> DAY OF <u>OCTOBER</u> A.D. 2006   AND SERVED THE SAME ON <u>CORNELIUS JENKINS, AS AGENT FOR DAIMLER CHRYSLER FINANCIAL SERVICES AMERICAS LLC</u> (CORPORATE) THE WITHIIN NAMED (<u>DEFENDANT</u>) AT <u>11:45 AM.M.</u> ON THE <u>16</u> DAY OF <u>OCTOBER</u> A.D. 2006 IN DUVAL COUNTY, FLORIDA. **COMPLAINT**

<u>MR</u>   CORPORATE: BY DELIVERING A TRUE COPY OF THE PROCESS WITH DATE AND HOUR OF SERVICE ENDORSED BY ME AND A COPY OF THE   ALIAS SUMMONS IN A CIVIL ACTION  TO:   **CORNELIUS JENKINS** AS **REGISTERED AGENT** OF SAID CORPORATION ~~IN THE ABSENCE OF THE PRESIDENT, VICE-PRESIDENT, SECRETARY, GENERAL MANAGER,  DIRECTORS OR ANY OFFICERS OF THE SAID~~ _____ (AS DEFINED IN F.S.48.081 AND F.S.48.091)

_Michael Randolph_
Michael Randolph
SPECIAL PROCESS SERVER, DULY APPOINTED AND
QUALIFED PURSUANT TO F.S.48.021(2).

WHITE – Court Clerk          CANARY – Attorney or Plaintiff          PINK – File Copy          GREEN - Server's Worksheet

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA, SOUTHERN DIVISION |
|---|---|---|

HUBERT JONES,
PLAINTIFF

V.

DAVID JONES, et.al.,
DEFENDANTS.

ALIAS
## SUMMONS IN A CIVIL ACTION

CASE NUMBER:   1:05CV-612-MHT

TO: (Name and address of Defendant)

CORNELIUS JENKINS,AS AGENT FOR DAIMLERCHRYSLER
FINANCIAL SERVICES AMERICAS LLC f/ka DAIMLERCHRYSLER
SERVICES OF NORTH AMERICA LLC
C/O NIMNICHT CHEVROLET
1550 CASSAT AVE.
JACKSONVILLE, FL  32221

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DONNA C. CROOKS
P.O. DRAWER 65
DALEVILLE, AL  36322

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

10/5/06

DATE

✎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|

| Service of the Summons and complaint was made by me[1] | DATE 10/16/06 | RECEIVED |
|---|---|---|

| NAME OF SERVER (PRINT) Michael J. Randolph | TITLE Process Server |
|---|---|

*Check one box below to indicate appropriate method of service*

2006 NOV -3 A 9: 39

☒ Served personally upon the defendant. Place where served:

> **NIMNICHT CHEVROLET**
> **1550 CASSAT AVE., JACKSONVILLE, FL**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/16/06
_____
Date

_____
*Signature of Server*

1950 Southampton Rd Jax Fl 32007
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# JOHN BRADLEY & ASSOCIATES
## ~~RECEIVED~~ ORIGINAL RETURN

OCT 27 2006

**Control NO. p06-778(1)**

| HUBERT JONES | DAVID JONES | ALIAS SUMMONS IN A CIVIL ACTION | 1:05CV-612-MHT |
|---|---|---|---|
| (PLAINTIFF) | VS (DEFENDANT) | TYPE OF PROCESS | CASE # |

United States District Court Middle District of Alabama, Southern Division

20 Day Summons                    (COURT)

| ATTORNEY: Donna C. Crooks | TO:     Cornelius Jenkins, as Agent for Mike Shad Chrysler Jeep, Inc |
|---|---|
| P.O. Drawer 65<br>Daleville, AL 36322 | c/o Nimnicht Chevrolet<br>ADDRESS: 1550 Cassat Avenue<br>Jacksonville, FL 32221 |

20 DAY SUMMONS

RECEIVED THIS PROCESS ON THE <u>11</u> DAY OF <u>OCTOBER</u> A.D. 2006   AND SERVED THE SAME ON <u>CORNELIUS JENKINS, AS AGENT FOR MIKE SHAD CHRYSLER JEEP, INC.</u> (CORPORATE) THE WITHIIN NAMED (<u>DEFENDANT</u>) AT <u>11:45 AM</u> ON THE <u>16</u> DAY OF <u>OCTOBER</u> A.D. 2006 IN DUVAL COUNTY, FLORIDA.
**COMPLAINT**

<u>MR</u>   **CORPORATE**: BY DELIVERING A TRUE COPY OF THE PROCESS WITH DATE AND HOUR OF SERVICE ENDORSED BY ME AND A COPY OF THE   ALIAS SUMMONS IN A CIVIL ACTION  TO:   **CORNELIUS JENKINS**  AS <u>**REGISTERED AGENT**</u> OF SAID CORPORATION ~~IN THE ABSENCE OF THE PRESIDENT, VICE-PRESIDENT, SECRETARY, GENERAL MANAGER,  DIRECTORS OR ANY OFFICERS OF THE SAID~~ _____ (AS DEFINED IN F.S.48.081 AND F.S.48.091)

Michael Randolph
SPECIAL PROCESS SERVER, DULY APPOINTED AND
QUALIFED PURSUANT TO F.S.48.021(2).

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA, SOUTHERN DIVISION |
|---|---|---|

HUBERT JONES,
PLAINTIFF

Alias

**SUMMONS IN A CIVIL ACTION**

V.

DAVID JONES, et.al.,
DEFENDANTS.

CASE NUMBER:    1:05CV-612-MHT

TO: (Name and address of Defendant)

CORNELIUS JENKINS, AS AGENT FOR MIKE SHAD
CHRYSLER JEEP, INC
C/O NIMNICHT CHEVROLET
1550 CASSAT AVE.
JACKSONVILLE, FL 32221

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DONNA C. CROOKS
P.O. DRAWER 65
DALEVILLE, AL 36322

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

10/5/06

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 10\16\06 | RECEIVED |
| NAME OF SERVER *(PRINT)* Michael J. Randolph | TITLE Process Server | 2006 NOV -3 A 9:30 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant.  Place where served:

    NIMNICHT CHEVROLET
    1550 CASSAT AVE., JACKSONVILLE FL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    10\16\06
                  *Date*                    *Signature of Server*

                          1950 Southampton Road
                          Jacksonville FL 32207
                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.