October, 23, 2006

Attorney:
DONNA C. CROOKS
P.O. DRAWER 65
DALEVILLE, AL 36322

RECEIVED  NOV 0 6 2006

2006 NOV -9  A 10 50

DELLA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Respondent:

CORNELIUS JENKINS
C/O NIMNICHT CHEVROLET
1550 CASSAT AVE.
JACKSONSVILLE, FL 32210

RE: Civil Action No: 1:05-cv-00612-MHT

To Whom It May Concern:

In response to the above civil action, case number 1:05-cv-00612-MHT, I CORNELIUS JENKINS, due hereby acknowledge the receiving of said document, filed and dated October 16, 2006 at 11:45. I duly state that I in no way participated in any fraudulent activities, neither was I a participant in any aiding and abetting activities on or about July 27, 1998 when the purchase of a 1997 Dodge Intrepid, VIN NUMBER 2B3HD46TXVH742829 transpired. I acknowledge that I was employed by Mike Shad at or about the time of this incident. Therefore, I deny any allegations to said complaint.

Thank you.

Cordially yours,

*[signature]*
CORNELIUS JENKINS

*[notary signature]*

Date: 10/26/2006            Notary Signature

*[Notary seal: DONALD REX SANDERS, MY COMMISSION EXPIRES July 27 2008, #DD304437, NOTARY PUBLIC STATE OF FLORIDA]*