IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HUBERT JONES,<br><br>    Plaintiff<br><br>V.<br><br>DAVID JONES;<br>MIKE SHAD CHRYSLER JEEP, INC.;<br>DAIMLERCHRYSLER FINANCIAL<br>SERVICES AMERICAS LLC f/ka<br>DAIMLERCHRYSLER SERVICES OF<br>NORTH AMERICA, LLC;<br>EQUIFAX INFORMATION SERVICES,<br>LLC, TRANS UNION LLC, EXPERIAN<br>INFORMATION SOLUTIONS, INC.,<br>CORNELIUS JENKINS, individually;<br>CORNELIUS JENKINS, as agent for<br>MIKE SHAD CHRYSLER JEEP, INC.,<br>CORNELIUS JENKINS, as agent for<br>DAIMLERCHRYSLER FINANCIAL<br>SERVICES AMERICAS LLC f/ka<br>DAIMLERCHRYSLER SERVICES OF<br>NORTH AMERICA, LLC; and A-Z,<br><br>    Defendants | CIVIL ACTION NO:<br>1:05-cv-00612-MHT-DRB |

**DEFENDANT TRANS UNION LLC'S MOTION FOR
ADMISSION PRO HAC VICE FOR MARC F. KIRKLAND**

Trans Union LLC ("Trans Union"), one of the Defendants herein, by and through its counsel, Kary Bryant Wolfe, hereby moves this Court for the admission by comity of Marc F. Kirkland, to serve as counsel for Trans Union *Pro Hac Vice*.

1. Marc F. Kirkland is an attorney practicing with the firm of Strasburger & Price, LLP, 2801 Network Boulevard, Suite 600, Frisco, TX 75034-1844. He is a member in good standing of the State Bar of Texas. He is admitted to practice before the Supreme Court of Texas (State Bar No. 24046221) - admitted November 5, 2004; the U.S. District Court for the Northern District of Texas - admitted September 29, 2005;

the U.S. District Court for the Western and Eastern Districts of Arkansas – admitted May 16, 2006; and the U.S. District Court for the Northern District of Florida – admitted May 12, 2006.

2.  Mr. Kirkland is familiar with the Local Rules for the Middle District of Alabama and the Alabama Rules of Professional Conduct.

3.  Enclosed herewith, as required by Local Rule 83.1(b) is a check for $20.00 to the Clerk of the Court for the processing of this Motion for Admission Pro Hac Vice, an original Certificate of Good Standing for Mr. Kirkland from the United States District Court Northern District of Texas, attached hereto as Exhibit "A".

4.  A form of an Order granting this Request is respectfully attached as Exhibit "B."

WHEREFORE, Trans Union prays that this Request be granted and this Court issue and Order admitting Mr. Marc F. Kirkland as counsel pro hac vice for Trans Union.

Respectfully submitted,

/s/ Kary B. Wolfe
**KARY BRYANT WOLFE**  (WOL016)
WALSTON WELLS & BIRCHALL, LLP
P.O. Box 830642
Birmingham, Alabama 35283-0642
(205) 244-5281
(205) 244-5481 (Fax)
kwolfe@walstonwells.com
**ATTORNEY FOR TRANS UNION LLC**

## CERTIFICATE OF SERVICE

This is to certify that on the 14th of December, 2006, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Donna Coon Crooks  donnaccrooks_lawfirm@yahoo.com
P. O. Drawer 65
Daleville, AL 36322
**Counsel for Plaintiff**

Patrick R. Norris  pnorris@mbn-law.com
McDaniel, Bains & Norris, PC
Two Metroplex Drive, Suite 504
Birmingham, AL 35209-6812
**Counsel for Mike Shad Chrysler Jeep, Inc.**

Anna Kelly Brennan  kbrennan@balch.com
Balch & Bingham
PO Box 306
Birmingham, AL 35201-0306

Brian Stephen Spitler  bsspitler@jonesday.com
Jones Day
1420 Peachtree St NE
Suite 800
Atlanta, GA 30309-3053

Griffin Lane Knight  lknight@balch.com
Balch & Bingham
PO Box 78
Montgomery, AL 36101-0078
**Counsel for Experian**

Edward Luckett Robinson, II  lrobinson@handarendall.com
Hand Arendall, L.L.C.
PO Box 123
Mobile, AL 36601

G. John Cento  jcento@kilpatrickstockton.com
Kilpatrick & Stockton, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530
**Counsel for Equifax**

1954209.1/SP/83057/0458/121206

Anthony Ryan Smith  tsmith@sirote.com
Clifford Lee Reeves  lreeves@sirote.com
Sirote & Permutt, P.C.
PO Box 55727
Birmingham, AL 35255-5727
***Counsel for DaimlerChrysler Financial Services Americas, L.L.C. f/k/a DaimlerChrysler Services North America L.L.C.***

I also certify that a copy has been forwarded to the following non-CM/ECF participant by U.S. Mail:

**Cornelius Jenkins**
c/o Nimnicht Chevrolet
1550 Cassat Ave
Jacksonville, FL 32210
***Pro Se***

/s/ Kary B. Wolfe
**OF COUNSEL**