# Certificate of Good Standing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **Marc F Kirkland**, Bar **#24046221**, was duly admitted to practice in said Court on **September 29, 2005**, and is in good standing as a member of the bar of said Court.

Signed at Dallas, Texas on November 6, 2006.

KAREN MITCHELL, Clerk

BY: *[signature]*
Deputy Clerk