IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HUBERT JONES,<br><br>    Plaintiff<br><br>V.<br><br>DAVID JONES;<br>MIKE SHAD CHRYSLER JEEP, INC.;<br>DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC f/ka DAIMLERCHRYSLER SERVICES OF NORTH AMERICA, LLC;<br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., CORNELIUS JENKINS, individually; CORNELIUS JENKINS, as agent for MIKE SHAD CHRYSLER JEEP, INC., CORNELIUS JENKINS, as agent for DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC f/ka DAIMLERCHRYSLER SERVICES OF NORTH AMERICA, LLC; and A-Z,<br><br>    Defendants | CIVIL ACTION NO:<br>1:05-cv-00612-MHT-DRB |

**<u>ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE</u>**

    Having considered the Motion For Admission Pro Hac Vice filed by Trans Union LLC and for good cause shown, the Court finds that said Motion should be granted and that Marc F. Kirkland should be and hereby is admitted to practice in the United States District Court for the Middle District of Alabama for purposes of this case only.

    Dated this _____ day of _____, 2006.

_____
HONORABLE DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE