IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| HUBERT JONES,        )<br>                      )<br>   Plaintiff,      )<br>                      )  CIVIL ACTION NO.<br>   v.                 )     1:05cv612-MHT<br>                      )<br>DAVID JONES, et al., )<br>                      )<br>   Defendants.       ) | |

ORDER

It is ORDERED that the motion for admission pro hac vice (doc. no. 64) is granted.

DONE, this the 18th day of December, 2006.


                         /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE