# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| _____ | ) | |
| | ) | |
| **HUBERT JONES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.:** |
| | ) | **1:05-CV-00612-MHT-TFM** |
| **EQUIFAX INFORMATION** | ) | |
| **SERVICES, LLC, et al** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| _____ | ) | |

## NOTICE OF CHANGE OF ADDRESS

COMES NOW, G. John Cento and respectfully notifies all judges before whom he has

cases pending, all affected clerks of court and all pro se parties, that this new address, effective

immediately, will be:

jcento@KSLaw.com
KING & SPALDING, LLP
1180 Peachtree Street
Atlanta, Georgia  30309
Telephone:  317-908-0678
Facsimile:  404-572-5100

Respectfully submitted this 22nd day of January, 2007.

Respectfully submitted,

EQUIFAX INFORMATION SERVICES, LLC

*s/ G. John Cento*
**G. John Cento**
Admitted Pro Hac Vice
jcento@KSLaw.com
KING & SPALDING, LLP
1180 Peachtree Street
Atlanta, Georgia  30309
Telephone:  317-908-0678
Facsimile:  404-572-5100

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of January, 2007, a true and correct copy of the foregoing Notice of Change of Address was filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail documentation of such filing to the attorneys of record including:

**Donna Coon Crooks**
PO Drawer 65                           representing
Daleville, AL 36322

**Hubert Jones**
*(Plaintiff)*

**Marc F. Kirkland**
Strasburger & Price, LLP
2801 Network Blvd.
Suite 600                              representing
Frisco, TX 75034

**Trans Union, LLC**
*(Defendant)*

**Edward Luckett**
**Robinson, II**
Hand Arendall, L.L.C.
P.O. Box 123                           representing
Mobile, AL 36601

**Equifax Information Services, LLC**
*(Defendant)*

**Cornelius Jenkins**
c/o Nimnicht Chevrolet
1550 Cassat Ave.                       representing
Jacksonville, FL  32210

**Cornelius Jenkins**,
*individually, as agent for Mike Shad*
*Chrysler Jeep, Inc., and as agent for*
*DaimlerChrysler Financial Services*
*Americas LLC f/k/a DaimlerChrysler*
*Services of North America LLC*