IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HUBERT JONES,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION<br>SERVICES, LLC, et al<br><br><br>    Defendants. | Civil Action No.:<br>1:05-CV-00612-MHT-TFM |

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant Equifax Information Services, LLC ("Equifax") hereby gives notice of the entry of appearance as counsel for Defendant Equifax of:

Kirkland E. Reid
MILLER, HAMILTON, SNIDER & ODOM
254 State Street
P.O. Box 46
Mobile, AL 36601
Telephone: 251-432-1414
Facsimile: 251-433-4106
E-mail: KirkReid@mhsolaw.com

and the withdrawal of appearance as counsel for Defendant Equifax of:

Edward Luckett Robinson, II
HAND ARENDALL, LLC
P.O. Box 123
Mobile, AL 36601
Telephone: 251-432-5511
Facsimile: 251-694-6375
E-mail: lrobinson@handarendall.com

*/s/ Kirkland E. Reid*
Kirkland E. Reid
MILLER, HAMILTON, SNIDER & ODOM
254 State Street
P.O. Box 46
Mobile, AL 36601
Telephone: 251-432-1414
Facsimile: 251-433-4106
E-mail: KirkReid@mhsolaw.com
*Counsel for Equifax Information Services, LLC*

*/s/ Kirkland E. Reid (By Permission)*
E. Luckett Robinson II, Esq.
HAND ARENDALL, L.L.C.
3000 AmSouth Bank Building
107 St. Francis Street
Mobile, Alabama 36602
tel:    (251) 432-5511
fax:    (251) 694-6375

4383086-1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of January, 2007, a true and correct copy of the foregoing Motion for Substitution of Counsel was filed with the Clerk of the Court using the CM/ECF system, which will send e-mail notification of such filing to the following:

| | | |
|---|---|---|
| **Donna Coon Crooks**<br>PO Drawer 65<br>Daleville, AL 36322 | representing | **Hubert Jones**<br>*(Plaintiff)* |
| **Marc F. Kirkland**<br>Strasburger & Price, LLP<br>2801 Network Blvd.<br>Suite 600<br>Frisco, TX 75034 | representing | **Trans Union, LLC**<br>*(Defendant)* |
| **Kary B. Wolfe**<br>Walston Wells & Birchall LLP<br>P.O. Box 830642<br>Birmingham, AL 35283-0642 | | |
| **Edward Luckett Robinson, II**<br>Hand Arendall, L.L.C.<br>P.O. Box 123<br>Mobile, AL 36601 | representing | **Equifax Information Services, LLC**<br>*(Defendant)* |
| **Cornelius Jenkins,** pro se<br>c/o Nimnicht Chevrolet<br>1550 Cassat Ave.<br>Jacksonville, FL  32210 | representing | **Cornelius Jenkins,**<br>*individually, as agent for Mike Shad Chrysler Jeep, Inc., and as agent for DaimlerChrysler Financial Services Americas LLC f/k/a DaimlerChrysler Services of North America LLC* |

4383086-1

| | | |
|---|---|---|
| **Clifford Lee Reeves**<br>**Anthony Ryan Smith**<br>Sirote & Permutt, P.C.<br>P.O. Box 55727<br>2311 Highland Ave. South<br>Birmingham, AL 35255-5727 | Representing | DaimlerChrysler Financial Services<br>Americas, L.L.C. |

/s/ Kirkland E. Reid
_____
Kirkland E. Reid

4383086-1