IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| HUBERT JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:05cv612-MHT |
| ) | |
| DAVID JONES, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED that the notice of substitution of counsel (doc. no. 67) is treated as a motion to substitute and said motion is granted.

DONE, this the 23rd day of January, 2007.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE