IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**HUBERT JONES,**
　　Plaintiff,

vs.　　　　　　　　　　　　CIVIL ACTION NO.: 1:05CV-612-MHT

**DAVID JONES; MIKE SHAD
CHRYSLER JEEP, INC; DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS
LLC f/ka DAIMLERCHRYSLER
SERVICES OF NORTH AMERICA LLC ; EQUIFAX
INFORMATION SERVICES, LLC.; TRANS UNION LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
CORNELIUS JENKINS, INDIVIDUALLY; CORNELIUS
JENKINS AS AGENT FOR MIKE SHAD
CHRYSLER JEEP, INC; CORNELIUS JENKINS AS
AGENT FOR DIAMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC
f/k/a DAIMLERCHRYSLER SERVICES OF NORTH AMERICA LLC ;
and
A-Z, being persons, partnerships or corporations
names that are otherwise unknown but will be added by amendment when ascertained,**
　　Defendants.

## MOTION TO DISMISS DEFENDANT
## TRANS UNION LLC

　　Comes now the Plaintiff, Hubert Jones, by and through counsel of record, Donna C. Crooks, and files this his Motion to Dismiss Defendant Trans Union LLC as a party in this action and as grounds for such would show unto this Honorable Court as follows:

　　1.All issues between the Plaintiff, Hubert Jones and Defendant, Trans Union LLC with respect to this action have been resolved.

　　WHEREFORE, Plaintiff prays this Honorable Court will dismiss Defendant, Trans Union LLC, as a party in this action with prejudice.

　　Respectfully submitted this the 1st day of February, 2007.

/s/ Donna C. Crooks
Donna C. Crooks
P.O. Drawer 65
Daleville, AL 36322
(334) 598-9534

**CERTIFICATE OF SERVICE**

This is to certify that on the 1st day of February, 2007, a true and correct copy of the above and foregoing document has been electronically filed with the foregoing Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel and/or a copy is mailed via U.S. Mail, postage prepaid and properly addressed to those individuals who are non-CM/ECF participants:

EXPERIAN

Anna Kelly Brennan
Balch & Bingham
P.O. Box 306
Birmingham, AL 35201-0306
kbrennan@balch.com, slee@balch.com
205-226-3475
205-488-5328 Fax

Griffin Lane Knight
Balch & Bingham
P.O. Box 78
Montgomery, AL 36101-0078
lknight@balch.com, dearly@balch.com
334-269-3124

Brian Stephen Spitler
Jones Day
1420 Peachtree St. NE
Suite 800
Atlanta, GA 30309-3053
bsspitler@jonesday.com  tlmaro@jonesday.com


EQUIFAX

Edward Luckett Robinson, II
Hand Arendall, LLC
P.O. Box 123
Mobile, AL 36601

lrobinson@handarendall.com abradley@handarendall.com
251-432-5511
251-694-6375 Fax


G. John Cento
Kilpatrick & Stockton, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530
Jcento@KilpatrickStockton.com
404-815-6447
404-541-4632

TRANSUNION

Kary B. Wolfe
Walston Wells Anderson & Birchall, LL
P.O. Box 830642
Birmingham, AL 35283-0642
kwolfe@walstonwells.com
205-244-5281
205-244-5481 Fax

Marc F. Kirkland
Strasburger and Price LLP
2801 Network Boulevard
Suite 600
Frisco, TX 75034
Marc.Kirkland@strasburger.com
469-287-3946
469-227-6575 fax

DAIMLER CHRYSLER

Anthony Smith
Sirote & Permutt
P.O. Box 55727
Birmingham, AL 35255-5727
tsmith@sirote.com
205-930-5100
205-930-5101 Fax


Lee Reeves
Sirote & Permutt


P.O. Box 55727
Birmingham, AL 35255-5727
lreeves@sirote.com
205-930-5100
205-930-5101 Fax

MIKE SHAD

Patrick R. Norris
McDaniel, Bains & Norris, P.C.
Two Metroplex Dr. Suite 504
Birmingham, AL 35209-6812
pnoris@mbn-law.com   norrisjd@bellsouth.net

David Jones, Pro Se
6870 103 St. Apt. 210
Jacksonville, FL 32210

Cornelius Jenkins
c/o Nimnicht Chevrolet
1550 Cassat Avenue
Jacksonville, FL 32210

                                    /s/ Donna C. Crooks
                                    OF COUNSEL