IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| HUBERT JONES, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:05cv612-MHT |
| | ) | (WO) |
| DAVID JONES, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## JUDGMENT

It is the ORDER, JUDGMENT and DECREE of the court as follows:

(1) The motion to dismiss (doc. no. 69) is granted.

(2) Defendant Trans Union, LLC is dismissed with prejudice.

(3) The court assumes that the non-movants have no objection to the allowance of the dismissal; however, if they do, they must file the objection within seven days from the date of this order.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 6th day of February, 2007.**

**　　　　　　　　　　　　　　/s/ Myron H. Thompson　　
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE**