IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**HUBERT JONES,**
    Plaintiff,

vs.                                       CIVIL ACTION NO.: 1:05CV-612-MHT

**DAVID JONES; MIKE SHAD
CHRYSLER JEEP, INC; et als.,**
    Defendants.

NOTICE OF FILING OF DISCOVERY DOCUMENTS

TO:         Hon. Debra P. Hackett
            District Court of the U.S.
            Middle District, Southern Division
            P.O. Box 711
            Montgomery, AL 36101

      Please take notice that the following discovery documents have been filed on behalf of the Plaintiff, Hubert Jones:

        ( )     Interrogatories
        ( )     Answers to Interrogatories
        ( )     Request for Production of Documents
        ( )     Response to Request for Production of Documents
        ( )     Request for Admissions
        ( )     Response to Request for Admissions
        ( )     Notice of Intent to Serve Subpoena
        **(X)    Notice of taking the Deposition of a Corporate, Finance and Insurance representative of Defendant, Mike Shad Chrysler P/J/E, and Defendant, Cornelius Jones, on a date and time to be announced. Deposition shall take place at the Mike Shad Chrysler dealership located in Jacksonville, Florida.**

      DATED this the 24th day of February, 2007.

                                                        /s/ Donna C. Crooks
                                                        DONNA C. CROOKS (CR0 056)
                                                        Attorney at Law
                                                        P. O. Drawer 65
                                                       Daleville, Alabama 36322
                                                       (334) 598-9534

## CERTIFICATE OF SERVICE

This is to certify that on the 24th day of February, 2007, a true and correct copy of the above and foregoing document has been electronically filed with the foregoing Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel and/or a copy is mailed via U.S. Mail, postage prepaid and properly addressed to those individuals who are non-CM/ECF participants:

EXPERIAN

Anna Kelly Brennan
Balch & Bingham
P.O. Box 306
Birmingham, AL 35201-0306
kbrennan@balch.com, slee@balch.com
205-226-3475
205-488-5328 Fax

Griffin Lane Knight
Balch & Bingham
P.O. Box 78
Montgomery, AL 36101-0078
lknight@balch.com, dearly@balch.com
334-269-3124

Brian Stephen Spitler
Jones Day
1420 Peachtree St. NE
Suite 800
Atlanta, GA 30309-3053
bsspitler@jonesday.com   tlmaro@jonesday.com

EQUIFAX

Edward Luckett Robinson, II
Hand Arendall, LLC
P.O. Box 123
Mobile, AL 36601
lrobinson@handarendall.com  abradley@handarendall.com
251-432-5511
251-694-6375 Fax

G. John Cento
Kilpatrick & Stockton, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530
Jcento@KilpatrickStockton.com
404-815-6447
404-541-4632

TRANSUNION

Kary B. Wolfe
Walston Wells Anderson & Birchall, LL
P.O. Box 830642
Birmingham, AL 35283-0642
kwolfe@walstonwells.com
205-244-5281
205-244-5481 Fax

Marc F. Kirkland
Strasburger and Price LLP
2801 Network Boulevard
Suite 600
Frisco, TX 75034
Marc.Kirkland@strasburger.com
469-287-3946
469-227-6575 fax

DAIMLER CHRYSLER

Anthony Smith
Sirote & Permutt
P.O. Box 55727
Birmingham, AL 35255-5727
tsmith@sirote.com
205-930-5100
205-930-5101 Fax

Lee Reeves
Sirote & Permutt
P.O. Box 55727
Birmingham, AL 35255-5727
lreeves@sirote.com
205-930-5100
205-930-5101 Fax

MIKE SHAD

Patrick R. Norris
McDaniel, Bains & Norris, P.C.
Two Metroplex Dr. Suite 504
Birmingham, AL 35209-6812
pnoris@mbn-law.com   norrisjd@bellsouth.net

David Jones, Pro Se
6870 103 St. Apt. 210
Jacksonville, FL 32210

via U.S. Mail:

Cornelius Jenkins
c/o Nimnicht Chevrolet
1550 Cassat Avenue
Jacksonville, FL 32210

                                                          /s/ Donna C. Crooks

                                                          OF COUNSEL

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**HUBERT JONES,**
    Plaintiff,

vs.                            CIVIL ACTION NO.: 1:05CV-612-MHT

**DAVID JONES; MIKE SHAD**
**CHRYSLER JEEP, INC; et als.,**
    Defendants.

NOTICE OF TAKING DEPOSITION

    Please take Notice that the Plaintiff, Hubert Jones, shall conduct a Deposition on **a Corporate, Finance and Insurance representative of Defendant, Mike Shad Chrysler P/J/E, and Defendant, Cornelius Jones,** and a date and time to be announced. Said Deposition shall be conducted at the Mike Shad Dealership located in Jacksonville, Florida.

    Respectfully submitted,

                                              DONNA C. CROOKS (CR0 056)
                                              Attorney at Law
                                              P. O. Drawer 65
                                              Daleville, Alabama 36322
                                              (334) 598-9534

**CERTIFICATE OF SERVICE**

    This is to certify that on the 20th day of February, 2007, a true and correct copy of the above and foregoing document has been electronically filed with the foregoing Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel and/or a copy is mailed via U.S. Mail, postage prepaid and properly addressed to those individuals who are non-CM/ECF participants:

EXPERIAN

Anna Kelly Brennan
Balch & Bingham
P.O. Box 306

Birmingham, AL 35201-0306
kbrennan@balch.com, slee@balch.com
205-226-3475
205-488-5328 Fax

Griffin Lane Knight
Balch & Bingham
P.O. Box 78
Montgomery, AL 36101-0078
lknight@balch.com, dearly@balch.com
334-269-3124

Brian Stephen Spitler
Jones Day
1420 Peachtree St. NE
Suite 800
Atlanta, GA 30309-3053
bsspitler@jonesday.com  tlmaro@jonesday.com

EQUIFAX

Edward Luckett Robinson, II
Hand Arendall, LLC
P.O. Box 123
Mobile, AL 36601
lrobinson@handarendall.com abradley@handarendall.com
251-432-5511
251-694-6375 Fax

G. John Cento
Kilpatrick & Stockton, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530
Jcento@KilpatrickStockton.com
404-815-6447
404-541-4632

TRANSUNION

Kary B. Wolfe
Walston Wells Anderson & Birchall, LL
P.O. Box 830642
Birmingham, AL 35283-0642
kwolfe@walstonwells.com
205-244-5281
205-244-5481 Fax

Marc F. Kirkland
Strasburger and Price LLP
2801 Network Boulevard

Suite 600
Frisco, TX 75034
Marc.Kirkland@strasburger.com
469-287-3946
469-227-6575 fax

DAIMLER CHRYSLER

Anthony Smith
Sirote & Permutt
P.O. Box 55727
Birmingham, AL 35255-5727
tsmith@sirote.com
205-930-5100
205-930-5101 Fax

Lee Reeves
Sirote & Permutt
P.O. Box 55727
Birmingham, AL 35255-5727
lreeves@sirote.com
205-930-5100
205-930-5101 Fax

MIKE SHAD

Patrick R. Norris
McDaniel, Bains & Norris, P.C.
Two Metroplex Dr. Suite 504
Birmingham, AL 35209-6812
pnoris@mbn-law.com   norrisjd@bellsouth.net

David Jones, Pro Se
6870 103 St. Apt. 210
Jacksonville, FL 32210

via U.S. Mail:

Cornelius Jenkins
c/o Nimnicht Chevrolet
1550 Cassat Avenue
Jacksonville, FL 32210

                                                          /s/ Donna C. Crooks
                                                          OF COUNSEL