**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 26, 2007

# NOTICE OF NON-COMPLIANCE

**To:** **ALL COUNSEL OF RECORD**

**Case Style:** Hubert Jones v. David Jones, et al.

**Case Number:** #1:05-cv-00612-MHT

**Referenced Pleading:** Notice of Filing of Discovery Documents and Notice to Take Deposition of Mike Shad Chrysler and Cornelius Jenkins

**Docket Entry Number:** #71

The referenced pleadings were electronically filed on 2/23/2007 in this case and are not in compliance with the local rules and/or administrative procedures of this court.

******These pleadings are discovery and are not allowed pursuant to Local Rule 5.1 NON-FILING OF CIVIL DISCOVERY.**

**The pleadings are hereby STRICKEN from the record and the parties are instructed to disregard the entry of these pleadings on the court's docket. Parties should be aware that the striking of this entry does not affect their responsibilities as to the discovery process.**