IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**HUBERT JONES,**
 Plaintiff,

vs.          CIVIL ACTION NO.: 1:05CV-612-MHT

**DAVID JONES; MIKE SHAD**
**CHRYSLER JEEP, INC; et als.,**
 Defendants.

<u>NOTICE OF FILING OF DISCOVERY DOCUMENTS</u>

TO:  Hon. Debra P. Hackett
   District Court of the U.S.
   Middle District, Southern Division
   P.O. Box 711
   Montgomery, AL 36101

 Please take notice that the following discovery documents have been filed on behalf of the Plaintiff, Hubert Jones:

  ( ) Interrogatories
  ( ) Answers to Interrogatories
  ( ) Request for Production of Documents
  (X) Response to Request for Production of Documents
  ( ) Request for Admissions
  ( ) Response to Request for Admissions
  ( ) Notice of Intent to Serve Subpoena
  ( ) Other:

DATED this the 15th day of March, 2007.

            /s/ Donna C. Crooks
            DONNA C. CROOKS (CR0 056)
            Attorney at Law
            P. O. Drawer 65
            Daleville, Alabama 36322
            (334) 598-9534

**CERTIFICATE OF SERVICE**

      This is to certify that on the 15th day of March, 2007, a true and correct copy of the above and foregoing document has been electronically filed with the foregoing Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel and/or a copy is mailed via U.S. Mail, postage prepaid and properly addressed to those individuals who are non-CM/ECF participants:

EXPERIAN

Anna Kelly Brennan
Balch & Bingham
P.O. Box 306
Birmingham, AL 35201-0306
kbrennan@balch.com, slee@balch.com
205-226-3475
205-488-5328 Fax

Griffin Lane Knight
Balch & Bingham
P.O. Box 78
Montgomery, AL 36101-0078
lknight@balch.com, dearly@balch.com
334-269-3124

Brian Stephen Spitler
Jones Day
1420 Peachtree St. NE
Suite 800
Atlanta, GA 30309-3053
bsspitler@jonesday.com   tlmaro@jonesday.com

EQUIFAX

Edward Luckett Robinson, II
Hand Arendall, LLC
P.O. Box 123
Mobile, AL 36601
lrobinson@handarendall.com abradley@handarendall.com
251-432-5511
251-694-6375 Fax

G. John Cento
Kilpatrick & Stockton, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530
Jcento@KilpatrickStockton.com
404-815-6447
404-541-4632

TRANSUNION

Kary B. Wolfe
Walston Wells Anderson & Birchall, LL
P.O. Box 830642
Birmingham, AL 35283-0642
kwolfe@walstonwells.com
205-244-5281
205-244-5481 Fax

Marc F. Kirkland
Strasburger and Price LLP
2801 Network Boulevard
Suite 600
Frisco, TX 75034
Marc.Kirkland@strasburger.com
469-287-3946
469-227-6575 fax

DAIMLER CHRYSLER

**Anthony Smith**
**Sirote & Permutt**
**P.O. Box 55727**
**Birmingham, AL 35255-5727**
tsmith@sirote.com
205-930-5100
205-930-5101 Fax

Lee Reeves
Sirote & Permutt
P.O. Box 55727
Birmingham, AL 35255-5727
lreeves@sirote.com
205-930-5100
205-930-5101 Fax

MIKE SHAD

Patrick R. Norris
McDaniel, Bains & Norris, P.C.
Two Metroplex Dr. Suite 504
Birmingham, AL 35209-6812
pnoris@mbn-law.com   norrisjd@bellsouth.net

David Jones, Pro Se
6870 103 St. Apt. 210
Jacksonville, FL 32210

via U.S. Mail:

Cornelius Jenkins
c/o Nimnicht Chevrolet
1550 Cassat Avenue
Jacksonville, FL 32210

/s/ Donna C. Crooks

OF COUNSEL

Case 1:05-cv-00612-MHT-TFM   Document 74   Filed 03/15/2007   Page 5 of 5