IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**HUBERT JONES,**
    Plaintiff,

vs.                            CIVIL ACTION NO.: 1:05CV-612-MHT

**DAVID JONES; MIKE SHAD
CHRYSLER JEEP, INC; DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS
LLC f/ka DAIMLERCHRYSLER
SERVICES OF NORTH AMERICA LLC ; EQUIFAX
INFORMATION SERVICES, LLC.; TRANS UNION LLC;
EXPERIAN INFORMATION SOLUTIONS, INC.;
CORNELIUS JENKINS, INDIVIDUALLY; CORNELIUS
JENKINS AS AGENT FOR MIKE SHAD
CHRYSLER JEEP, INC; CORNELIUS JENKINS AS
AGENT FOR DIAMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC
f/k/a DAIMLERCHRYSLER SERVICES OF NORTH AMERICA LLC ;
and
A-Z, being persons, partnerships or corporations
names that are otherwise unknown but will be added by amendment when ascertained,**
    Defendants.

### PLAINTIFF'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS FILED BY DEFENDANT, DAIMLER-CHRYSLER FINANCIAL SERVICES AMERICAS LLC

Comes now the Plaintiff, Hubert Jones, by and through counsel, Donna C. Crooks, and in response to the Request for Request for Production of Documents filed heretofore by Defendant, **Daimler-Chrysler Financial Services Americas LLC**, would say as follows:

1.     Any and all documentation requested by Defendant, **Daimler-Chrysler Financial Services Americas LLC**, has already been provided on or about September 27, 2006.

Respectfully submitted this the 15th day of March, 2007.

                                        /s/ Donna C. Crooks
                                        Donna C. Crooks
                                        P.O. Drawer 65
                                        Daleville, AL 36322
                                        (334) 598-9534

STATE OF ALABAMA,

DALE COUNTY.

      Personally appeared before the undersigned, a Notary Public, in and for said County and State, **Hubert Jones**, who being first duly sworn states under oath that the above averments in the foregoing are true and correct to the best of his knowledge, information and belief.

      Sworn to and subscribed before me this the 15th day of March, 2007.


                                        /s/ Hubert Jones
                                        **Hubert Jones**


                                        /s/ Carolyn Meeks
                                        NOTARY PUBLIC
                                        My Comm. Expires:**12-20-09**

## CERTIFICATE OF SERVICE

      This is to certify that on the 15th day of March, 2007, a true and correct copy of the above and foregoing document has been electronically filed with the foregoing Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel and/or a copy is mailed via U.S. Mail, postage prepaid and properly addressed to those individuals who are non-CM/ECF participants:

EXPERIAN

Anna Kelly Brennan
Balch & Bingham
P.O. Box 306
Birmingham, AL 35201-0306
kbrennan@balch.com, slee@balch.com
205-226-3475
205-488-5328 Fax

Griffin Lane Knight

Balch & Bingham
P.O. Box 78
Montgomery, AL 36101-0078
lknight@balch.com, dearly@balch.com
334-269-3124

Brian Stephen Spitler
Jones Day
1420 Peachtree St. NE
Suite 800
Atlanta, GA 30309-3053
bsspitler@jonesday.com  tlmaro@jonesday.com


EQUIFAX

Edward Luckett Robinson, II
Hand Arendall, LLC
P.O. Box 123
Mobile, AL 36601
lrobinson@handarendall.com abradley@handarendall.com
251-432-5511
251-694-6375 Fax


G. John Cento
Kilpatrick & Stockton, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530
Jcento@KilpatrickStockton.com
404-815-6447
404-541-4632

TRANSUNION

Kary B. Wolfe
Walston Wells Anderson & Birchall, LL
P.O. Box 830642
Birmingham, AL 35283-0642
kwolfe@walstonwells.com
205-244-5281
205-244-5481 Fax


Marc F. Kirkland

Strasburger and Price LLP
2801 Network Boulevard
Suite 600
Frisco, TX 75034
Marc.Kirkland@strasburger.com
469-287-3946
469-227-6575 fax

DAIMLER CHRYSLER

Anthony Smith
Sirote & Permutt
P.O. Box 55727
Birmingham, AL 35255-5727
tsmith@sirote.com
205-930-5100
205-930-5101 Fax

Lee Reeves
Sirote & Permutt
P.O. Box 55727
Birmingham, AL 35255-5727
lreeves@sirote.com
205-930-5100
205-930-5101 Fax

MIKE SHAD

Patrick R. Norris
McDaniel, Bains & Norris, P.C.
Two Metroplex Dr. Suite 504
Birmingham, AL 35209-6812
pnoris@mbn-law.com    norrisjd@bellsouth.net

David Jones, Pro Se
6870 103 St. Apt. 210
Jacksonville, FL 32210

Cornelius Jenkins
c/o Nimnicht Chevrolet
1550 Cassat Avenue
Jacksonville, FL 32210

                /s/ Donna C. Crooks
                OF COUNSEL