IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HUBERT JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: 1:05CV612-W |
| ) | |
| DAVID JONES and MIKE SHAD CHRYSLER ) | |
| P/J/E, ) | |
| ) | |
| Defendants. ) | |

**<u>NOTICE OF APPEARANCE</u>**

COMES NOW attorney Patrick R. Norris of the law firm of McDaniel, Bains & Norris, P.C., and enters his name as attorney of record for defendant Cornelius Jenkins and requests that the Court and all parties add his name to their service list as such.

                                                                                               s/Patrick R. Norris
                                                                           Patrick R. Norris (ASB-3835-S81P)
                                                                             Attorney for Defendant,
                                                                             Cornelius Jenkins

<u>OF COUNSEL</u>:

McDANIEL, BAINS & NORRIS, P.C.
Two Metroplex Drive
Suite 504
Birmingham, Alabama 35209-6812
(205) 871-1811

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this the 21st day of March, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding by placing copy of same in the United States mail, postage prepaid to:

Donna C. Crooks, Esq.
P.O. Drawer 65
Daleville, Alabama 36322

Lee C. Reeves
Anthony R. Smith
Sirote & Permutt
2311 Highland Avenue South
Birmingham, Alabama 35205

                                                    s/Patrick R. Norris
                                                    Of Counsel