IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**HUBERT JONES,**
    Plaintiff,

vs.                          CIVIL ACTION NO.: 1:05CV-612-MHT

**DAVID JONES; MIKE SHAD**
**CHRYSLER JEEP, INC; DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS**
**LLC f/ka DAIMLERCHRYSLER**
**SERVICES OF NORTH AMERICA LLC ; EQUIFAX**
**INFORMATION SERVICES, LLC.; TRANS UNION LLC;**
**EXPERIAN INFORMATION SOLUTIONS, INC.;**
**CORNELIUS JENKINS, INDIVIDUALLY; CORNELIUS**
**JENKINS AS AGENT FOR MIKE SHAD**
**CHRYSLER JEEP, INC; CORNELIUS JENKINS AS**
**AGENT FOR DIAMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC**
**f/k/a DAIMLERCHRYSLER SERVICES OF NORTH AMERICA LLC ;**
**and**
**A-Z, being persons, partnerships or corporations**
**names that are otherwise unknown but will be added by amendment when ascertained,**
    Defendants.

**MOTION TO DISMISS DEFENDANT**
**DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC f/k/a**
**DAIMLERCHRYSLER SERVICES OF NORTH AMERICA LLC .**

    Comes now the Plaintiff, Hubert Jones, by and through counsel of record, Donna C. Crooks, and files this his Motion to Dismiss Defendant DaimlerChrysler Financial Services America LLC f/k/a DaimlerChrysler Services of North America LLC as a party in this action and as grounds for such would show unto this Honorable Court as follows:

    1.      All issues between the parties with respect to this action have been resolved.

    WHEREFORE, Plaintiff prays this Honorable Court will dismiss Defendant, DaimlerChrysler Financial Services America LLC f/k/a DaimlerChrysler Services of North America LLC . as a party in this action with prejudice.

    Respectfully submitted this the 24th day of April, 2007.

/s/ Donna C. Crooks
Donna C. Crooks
P.O. Drawer 65
Daleville, AL 36322
(334) 598-9534

**CERTIFICATE OF SERVICE**

This is to certify that on the 24th day of April, 2007, a true and correct copy of the above and foregoing document has been electronically filed with the foregoing Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel and/or a copy is mailed via U.S. Mail, postage prepaid and properly addressed to those individuals who are non-CM/ECF participants:


EXPERIAN

Anna Kelly Brennan
Balch & Bingham
P.O. Box 306
Birmingham, AL 35201-0306
kbrennan@balch.com, slee@balch.com
205-226-3475
205-488-5328 Fax

Griffin Lane Knight
Balch & Bingham
P.O. Box 78
Montgomery, AL 36101-0078
lknight@balch.com, dearly@balch.com
334-269-3124

Brian Stephen Spitler
Jones Day
1420 Peachtree St. NE
Suite 800
Atlanta, GA 30309-3053
bsspitler@jonesday.com  tlmaro@jonesday.com


EQUIFAX

Edward Luckett Robinson, II
Hand Arendall, LLC

P.O. Box 123
Mobile, AL 36601
lrobinson@handarendall.com abradley@handarendall.com
251-432-5511
251-694-6375 Fax


G. John Cento
Kilpatrick & Stockton, LLP
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530
Jcento@KilpatrickStockton.com
404-815-6447
404-541-4632



TRANSUNION

Kary B. Wolfe
Walston Wells Anderson & Birchall, LL
P.O. Box 830642
Birmingham, AL 35283-0642
kwolfe@walstonwells.com
205-244-5281
205-244-5481 Fax

Marc F. Kirkland
Strasburger and Price LLP
2801 Network Boulevard
Suite 600
Frisco, TX 75034
Marc.Kirkland@strasburger.com
469-287-3946
469-227-6575 fax

DAIMLER CHRYSLER

Anthony Smith
Sirote & Permutt
P.O. Box 55727
Birmingham, AL 35255-5727
tsmith@sirote.com
205-930-5100
205-930-5101 Fax

Lee Reeves
Sirote & Permutt
P.O. Box 55727
Birmingham, AL 35255-5727
lreeves@sirote.com
205-930-5100
205-930-5101 Fax


MIKE SHAD

Patrick R. Norris
McDaniel, Bains & Norris, P.C.
Two Metroplex Dr. Suite 504
Birmingham, AL 35209-6812
pnoris@mbn-law.com  norrisjd@bellsouth.net

David Jones, Pro Se
6870 103 St. Apt. 210
Jacksonville, FL 32210

Cornelius Jenkins
c/o Nimnicht Chevrolet
1550 Cassat Avenue
Jacksonville, FL 32210

                                                /s/ Donna C. Crooks
                                                OF COUNSEL