```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


HUBERT JONES,                  )
                               )
    Plaintiff,                 )
                               )           CIVIL ACTION NO.
    v.                         )            1:05cv612-MHT
                               )                 (WO)
DAVID JONES, et al.,           )
                               )
    Defendants.                )
```

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion to dismiss (Doc. No. 79) is granted.

(2) Defendant DaimlerChrysler Financial Services Americas LLC f/k/a DaimlerChrysler Services of North America LLC is dismissed with prejudice.

(3) The court assumes that the non-movants have no objection to the allowance of the dismissal; however, if they do, they must file the

objection within seven days from the date of this order.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 26th day of April, 2007.

　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE