IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HUBERT JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: 1:05CV612-W |
| | ) |
| DAVID JONES and MIKE SHAD CHRYSLER P/J/E, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

COMES NOW the plaintiff, Hubert Jones, and defendants, Cornelius Jenkins and Mike Shad Chrysler Jeep, Inc. d/b/a Mike Shad Chrysler P/J/E, (incorrectly described in the plaintiff's Complaint), by and through their undersigned attorneys, and do hereby stipulate that the above action may be dismissed with prejudice and that costs be taxed as paid, including any and all attorneys' fees.

_____
Donna C. Crooks
Attorney for Plaintiff

OF COUNSEL:

P.O. Drawer 65
Daleville, Alabama 36322
(334) 598-9534

_____
Patrick R. Norris (ASB-3835-S81P)
Attorney for Defendants,
Mike Shad Chrysler Jeep, Inc. and
Cornelius Jenkins

OF COUNSEL:

McDANIEL, BAINS & NORRIS, P.C.
Two Metroplex Drive
Suite 504
Birmingham, Alabama 35209-6812
(205) 871-1811