IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| HUBERT JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:05cv612-MHT |
| | ) | (WO) |
| DAVID JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 82), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Cornelius Jenkins and Mike Shad Chrysler Jeep, Inc. d/b/a Mike Shad Chrysler P/J/E are dismissed with prejudice and that this case is dismissed with prejudice as to these defendants, with the parties to bear their own costs and attorneys' fees.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 8th day of May, 2007.


                                   /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE